**SEND**

```
          FILED
CLERK, U.S. DISTRICT COURT

     DEC 10 1999

CENTRAL DISTRICT OF CALIFORNIA
BY                     DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NISSAN MOTOR CO., LTD., a Japanese corporation; et al., <br>            Plaintiffs, <br> v. <br> NISSAN COMPUTER CORPORATION, a North Carolina corporation, <br>            Defendant. | Case No. CV 99-12980 DDP (Mcx) <br><br> STANDING ORDER |

**READ THIS ORDER CAREFULLY. IT CONTROLS THIS CASE AND DIFFERS IN SOME RESPECTS FROM THE LOCAL RULES.**

    This action has been assigned to the calendar of Judge Dean D. Pregerson.

    The responsibility for the progress of litigation in the Federal Courts falls not only upon the attorneys in the action, but upon the Court as well. To secure the just, speedy, and inexpensive determination of every action, Fed. R. Civ. P. 1, all counsel are hereby ordered to familiarize themselves with the Federal Rules of Civil Procedure and the Local Rules of the Central District of California.*

```
ENTERED ON ICMS

   DEC 14 1999

CV
```

The Court further orders as follows:

1. **Service of the Complaint.** The Plaintiff shall promptly serve the Complaint in accordance with Fed. R. Civ. P. 4 and file the proofs of service pursuant to Local Rule 5.8.

2. **Proposed Orders.** Each party filing or opposing a motion or seeking the determination of any matter shall serve and file a proposed order which sets forth the relief or action sought and a brief statement of the rationale for the decision, including citation of authorities, that the party requests the Court to adopt. In addition, if the proposed order exceeds two pages, the proposing party shall also submit the proposed order on a 3½" floppy disk compatible with WordPerfect 5.0, 5.1, or 6.1.

3. **Presence of Lead Counsel.** The attorney attending any proceeding before this Court, including all status and settlement conferences, must be the lead trial counsel. Failure to appear for any proceedings is grounds for sanctions.

4. **Motions.** Motions shall be filed and set for hearing in accordance with Local Rule 7, which provides that motions will be heard on Mondays commencing at 10:00 a.m. If Monday is a national holiday, this Court does not hear motions on the succeeding Tuesday. Any motion noticed for a holiday shall automatically be set to the next Monday without further notice to the parties. Any opposition or reply papers due on a holiday are due the preceding Friday, not the following Tuesday. Memoranda of Points and Authorities in support of or in opposition to motions shall not exceed 25 pages. Replies shall not exceed 12 pages. Only in rare instances, and for good cause shown, will the Court agree to extend

these page limitations. When citing to legal databases, wherever possible cite to Westlaw rather than Lexis.

5. **Discovery**. All discovery matters have been referred to a United States Magistrate Judge (see initial designation following the case number) to hear all discovery disputes. The words "DISCOVERY MATTER" shall appear in the caption of all documents relating to discovery to insure proper routing. Counsel are directed to contact the Magistrate Courtroom Deputy Clerk for the assigned Magistrate Judge to schedule matters for hearing.

The decision of the Magistrate Judge shall be final, subject to modification by the District Court only where it has been shown that the Magistrate Judge's order is clearly erroneous or contrary to law.

Any party may file and serve a motion for review and reconsideration before this court. The party seeking review must do so within ten (10) days of service upon the party of a written ruling or within ten (10) days of an oral ruling that the Magistrate Judge states will not be followed by a written ruling. The motion must specify which portions of the text are clearly erroneous or contrary to law and the claim must be supported by points and authorities. A copy of the moving papers and responses shall be delivered to the Magistrate Judge's clerk for review upon the filing of the required documents.

6. ***Ex Parte* Applications**. *Ex parte* applications are considered on the papers and are not usually set for hearing. Counsel are advised that this Court allows *ex parte* applications solely for extraordinary relief -- sanctions may be imposed for

misuse of *ex parte* applications. See In re Intermagnetics America, Inc., 101 B.R. 191 (Bankr. C.D. Cal. 1989).

Counsel's attention is directed to Local Rule 7.18. The moving party shall serve the opposing party by facsimile transmission and shall notify the opposition that opposing papers must be filed not later than twenty-four hours following such facsimile service. If counsel does not intend to oppose an *ex parte* application, they must inform the Courtroom Deputy Clerk, John Chambers at John_Chambers@cacd.uscourts.gov, or telephonically at (213) 894-3913. As with all motion papers, counsel must deliver a conformed courtesy copy of the papers to the Information Window in Room G-8 (Main Street Level), 312 North Spring Street, Los Angeles, California 90012. Counsel will be notified by the Courtroom Deputy Clerk of the Court's ruling or of a hearing time and date should the Court determine that a hearing is necessary.

7. **Continuances**. Counsel requesting a continuance must submit a stipulation with a detailed declaration of the basis for the requested continuance or extension of time and a proposed order. Continuances will be granted only upon a showing of good cause, focusing on the diligence of the party seeking the continuance and any prejudice that may result if the continuance is denied. Any continuances that are requested without an accompanying declaration will be rejected without notice to the parties. The Court sets **firm** trial dates and will not change them without a showing of good cause.

8. **Stipulations**. No stipulations extending scheduling dates are effective unless approved by this Court. All stipulations must be accompanied by a detailed supporting declaration and a proposed

order. See Local Rule 3.11. Any stipulation not in compliance with this Order and the Local Rules will be denied without further notice to the parties. Counsel wishing to know whether a stipulation has been signed shall comply with Local Rule 3.5.5.

9. **Removed Actions.** Any answers filed in state court must be refiled in this Court as a supplement to the petition. Any pending motions must be re-noticed in accordance with Local Rule 7.

10. **Telephonic Hearings.** The Court will permit argument on calendared motions and will conduct status conferences by conference telephone call if any party who is out of the district requests a telephone conference and all involved parties consent. The attorney requesting the conference call shall contact the Courtroom Deputy Clerk, John Chambers, (213) 894-3913, at least one week prior to the date scheduled for the motion or conference to set a time for the call. The Court usually hears telephonic conferences at 4:30 p.m. and telephonic motions at 11:30 a.m.

Opposing counsel may participate by telephone or may be present in chambers and participate by speaker telephone. To assist the Court and staff, participants shall identify themselves each time they speak, and every participant shall have his or her own telephone. No cellular or speaker telephones may be used.

The attorney requesting the telephone conference must make the arrangements and place the conference call. The conference operator is to place the final call to the Court. The Court's number for telephonic status conferences only is (213) 894-6818.

11. **Communications with Chambers.** Counsel shall not attempt to contact the Court or its staff by telephone or by any other *ex parte* means, although counsel may contact the Courtroom Deputy

5

Clerk with appropriate inquiries. Counsel should list their facsimile transmission numbers along with their telephone numbers on their papers to facilitate communication by the Courtroom Deputy.

12. **Notice of this Order.** Counsel for plaintiff, or plaintiff, if appearing on his or her own behalf, shall immediately serve this Order on all parties, including any new parties to the action. If this case came to the Court by noticed removal, the removing defendant shall serve this Order on all other parties.

13. **Courtesy Copies.** Counsel shall provide conformed courtesy copies of all motions, responses, and replies in motion matters to the Information Window in Room G-8 (Main Street Level), 312 North Spring Street, Los Angeles, California 90012.

14. **Internet Site.** Counsel are encouraged to review the Central District's website for additional information. The address is "http;//www.cacd.uscourts.gov".

Dated:  12-10-99

DEAN D. PREGERSON
United States District Judge

* Copies of the Local Rules are available on our website at "http;//www.cacd.uscourts.gov" or they may be purchased from one of the following:

Los Angeles Daily Journal
915 East 1st Street
Los Angeles, California  90012

West Publishing Company
610 Opperman Drive
Post Office Box 64526
St. Paul, Minnesota  55164-0526

Metropolitan News
210 South Spring Street
Los Angeles, California  90012

6