UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Case No.   CV 99-12980 DDP (Mcx)                Dated: December 15, 1999

Title:        NISSAN MOTOR CO., LTD., a Japanese corporation; NISSAN NORTH AMERICA,
              INC., a California corporation -v- NISSAN COMPUTER CORPORATION, a North
              Carolina corporation
=======================================================================
PRESENT:   HONORABLE DEAN D. PREGERSON, JUDGE

        John A. Chambers                           Beth Esther Zaccaro
        Courtroom Deputy                           Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

        David J. Schindler                         Neil Greenstein
        Michael J. Lawrence

PROCEEDINGS:    TELEPHONIC STATUS CONFERENCE RE DISCOVERY
                (COURT ORDERED 12-10-99)

        Court GRANTS plaintiff's request for expedited discovery.  Counsel are to meet and confer
re expedited reciprocal discovery.  Plaintiff shall be entitled to ten (10) expedited document
requests and one (1) deposition.  An additional telephonic status conference re discovery is
hereby set for December 17, 1999 at 10:00 a.m.

        The PRELIMINARY INJUNCTION HEARING (COURT ORDERED 12-10-99) is continued
from January 10, 2000 to January 24, 2000 at 10:00 a.m., with the OPPOSITION due on or before
January 10, 2000 and the REPLY due on or before January 14, 2000.

                                        ENTERED ON ICMS
                                            DEC 1 5 1999
                                        CV

MINUTES FORM 11                                Initials of Deputy Clerk
CIVIL -- GEN

                            DEC 1 5 1999