Priority  
Send  
Enter  
Closed  
JS-5/JS-6  
JS-2/JS-3  
Scan Only



FILED  
CLERK US DISTRICT COURT  
NOV 20 2000  
CENTRAL DISTRICT OF CALIFORNIA  
BY                      DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

NISSAN MOTOR CO., LTD., et al.,

    Plaintiffs,

v.

NISSAN COMPUTER CORPORATION,

    Defendant.

AND RELATED COUNTERCLAIMS.

Civil No. CV 99-12980-DDP (Mcx)

ORDER GRANTING NISSAN'S MOTION FOR A PROTECTIVE ORDER



ENTERED ON ICMS  
NOV 21 2000

    On the court's own motion, the court dispenses with oral argument with respect to the motion of plaintiffs Nissan Motor Co., Ltd. and Nissan North America, Inc. (collectively "Nissan") for a protective order re responses to the first set of requests for admissions posed by defendant Nissan Computer Corporation ("NCC"), previously calendared for hearing on November 21, 2000. Local Rule 7.11. The court takes the motion under submission and issues the following order forthwith.

    Nissan's motion for a protective order is granted. NCC has posed a total of 2,304 requests for admissions set forth in a document

97

which takes up 130 pages, plus an eight-page appendix. Requiring Nissan to respond to these 2,304 requests for admissions is oppressive, burdensome and would force the responding party to incur undue attorney time and expense.

Nissan need not answer or respond any of NCC's requests for admissions.

IT IS SO ORDERED.

Dated: November 20, 2000

JAMES W. McMAHON
United States Magistrate Judge