UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

✓ Priority
✓ **Send**
___ Clsd
___ Enter
___ JS-5/JS-6
___ JS-2/JS-3
___ Scan Only

Case No.   CV 99-12980 DDP (Mcx)                    Dated: November 20, 2001

Title:   NISSAN MOTOR CO., LTD., a Japanese corporation; NISSAN NORTH AMERICA, INC., a California corporation -v- NISSAN COMPUTER CORPORATION, a North Carolina corporation

========================================================================

PRESENT:   HONORABLE DEAN D. PREGERSON, JUDGE

<u>John A. Chambers</u>                                <u>None Present</u>
Courtroom Deputy                                  Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:         ATTORNEYS PRESENT FOR DEFENDANTS:

None                                              None

PROCEEDINGS:   MINUTE ORDER (IN CHAMBERS)

**COUNSEL ARE NOTIFIED** that on the Court's own motion the DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT RE NO INFRINGEMENT ON NON-AUTO RELATED GOODS/SERVICES (FILED ON 10-29-01) PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT RE TRADEMARK INFRINGEMENT AND DILUTION (FILED ON 10-29-01) PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT RE DEFENDANT'S COUNTERCLAIMS FOR FRAUD ON PATENT AND TRADEMARK OFFICE (FILED ON 10-29-01) DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT RE CYBERSQUATTING (FILED ON 10-15-01) and DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT RE DILUTION (FILED ON 10-26-01) are hereby continued from November 26, 2001 to December 10, 2001 at 10:00 a.m.

ENTERED ON ICMS
NOV 2 0 2001

MINUTES FORM 11                                    Initials of Deputy Clerk _____
CIVIL -- GEN