UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

RECEIVED
CLERK, U.S DISTRICT COURT
OCT - 6 2004
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| NISSAN MOTOR CO., a Japanese corporation; et al.,<br><br>　　　Plaintiffs - Appellees,<br><br>　v.<br><br>NISSAN COMPUTER CORPORATION, a North Carolina corporation,<br><br>　　　Defendant - Appellant,<br><br>　and<br><br>THE INTERNET CENTER INC., a North Carolina corporation,<br><br>　　　Defendant. | No. 02-57148<br>D.C. No. CV-99-12980-DDP<br><br>**JUDGMENT** |
| NISSAN MOTOR CO., a Japanese corporation; et al.,<br><br>　　　Plaintiffs - Appellants,<br><br>　v.<br><br>NISSAN COMPUTER CORPORATION, a North Carolina corporation,<br><br>　　　Defendant - Appellee,<br><br>　and<br><br>THE INTERNET CENTER INC., a North | No. 03-55017<br>D.C. No. CV-99-12980-DDP<br><br>**JUDGMENT** |



DOCKETED ON CM
OCT 12 2004
BY _____ 031

569

Carolina corporation,

Defendant.

---

| | |
|---|---|
| NISSAN MOTOR CO., a Japanese corporation; et al., | No. 03-55144<br>D.C. No. CV-99-12980-DDP |
| Plaintiffs - Appellees, | |
| v. | **JUDGMENT** |
| NISSAN COMPUTER CORPORATION, a North Carolina corporation; et al., | |
| Defendants - Appellants. | |

| | |
|---|---|
| NISSAN MOTOR CO., a Japanese corporation; et al., | No. 03-55236<br>D.C. No. CV-99-12980-DDP |
| Plaintiffs - Appellants, | |
| v. | **JUDGMENT** |
| NISSAN COMPUTER CORPORATION, a North Carolina corporation; et al., | |
| Defendants - Appellees. | |

Appeal from the United States District Court for the Central District of California, Los Angeles.

This cause came on to be heard on the Transcript of the Record from the United States District Court for the Central District of California, Los Angeles and was duly submitted.

On consideration whereof, it is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is **AFFIRMED IN PART, REVERSED IN PART, REMANDED**.

Filed and entered Friday, August 06, 2004

A TRUE COPY     10-1-04
ATTEST
CATHY CATTERSON
Clerk of Court
by: Ruben Talavera
Deputy Clerk
This certification does constitute the mandate of the court.