JS - 6

O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NISSAN MOTOR CO., LTD., a Japanese corporation; NISSAN NORTH AMERICA, INC., a California corporation,<br><br>          Plaintiffs,<br><br>   v.<br><br>NISSAN COMPUTER CORPORATION, a North Carolina corporation; THE INTERNET CENTER, INC.,<br><br>          Defendants. | Case No. CV 99-12980 DDP (Mcx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    This Court originally granted a preliminary injunction to Nissan Motor in this action. This Court has granted summary judgment for Nissan Computer on Nissan Motor's Anti-Cybersquatting Consumer Protection Act ("ACPA") claim. This Court has granted summary judgment for Nissan Motor on its trademark infringement and false designation claims, finding that Nissan Computer infringed Nissan Motor's trademark for the 8-10 weeks that Nissan Computer had posted automobile-related advertising, but that it did not

infringe the trademark for its other non-automobile-related advertising on the site. Pursuant to its Findings of Fact and Conclusions of Law of September 21, 2007, this Court held that Nissan Computer did not engage in trademark dilution and that Nissan Motor was not entitled to a permanent injunction in this action. The Court then found that there was no prevailing party in this action since both parties prevailed in some respect on their claims or defenses. Finally, the Court determined that Nissan Motor was not entitled to attorneys' fees and that Nissan Computer was entitled to costs under Federal Rule of Civil Procedure 68.

    THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. Neither party is the prevailing party in this action.
2. Nissan Motor is not entitled to attorneys' fees.
3. Nissan Computer is entitled to costs incurred after the time of its Rule 68 offer of judgment.

The Court ORDERS that such judgment be entered.

IT IS SO ORDERED.

Dated: February 5, 2008

                        DEAN D. PREGERSON
                        United States District Judge