1  NEIL D. GREENSTEIN (SBN 123980)
   TECHMARK
2  1917 Palomar Oaks Way, #300
   Carlsbad, CA 92008
3  Telephone: (858) 704-0515
   Facsimile:   (408) 280-2250
4  Email: ndg@techmark.com

5  MARK B. FREDKIN (SBN 053550)
   MORGAN, FRANICH, FREDKIN & MARSH
6  99 Almaden Boulevard, Suite 1000
   San Jose, CA 95113
7  Telephone: (408) 288-8288
   Facsimile: (408) 288-8325
8  Email: mfredkin@mffmlaw.com

9  Attorneys for Defendant,
   Nissan Computer Corporation
10

11                 UNITED STATES DISTRICT COURT

12                 CENTRAL DISTRICT OF CALIFORNIA

13                       WESTERN DIVISION

14

15  NISSAN MOTOR CO., LTD., and          Case No.: CV 99-12980 DDP (Mcx)
    NISSAN NORTH AMERICA, INC.,
16
                   Plaintiff,
17         v.
18  NISSAN COMPUTER
    CORPORATION,
19
20                 Defendant.
21  _____
    NISSAN COMPUTER                      **DECLARATION OF NEIL D.**
22  CORPORATION,                         **GREENSTEIN IN SUPPORT OF**
                                         **DEFENDANT NISSAN**
23                                       **COMPUTER CORPORATION'S**
                   Counter-Claimant,     **REPLY IN SUPPORT OF ITS**
24         v.                            **BILL OF COSTS**

25  NISSAN MOTOR CO., LTD., and          **Hearing:    March 6, 2008**
26  NISSAN NORTH AMERICA, INC.,          **Room:       917**
                                         **Time:       11:00 am**
27                                        **Heard by Costs Clerk**
                   Counter-Defendants.
28

-1-

1    I, Neil D. Greenstein, declare under penalty of perjury under the laws of the
2    United States, as follows:

3    1. I am one of the counsel for the Defendant Nissan Computer Corporation
4    ("Nissan Computer") in Case Number CV 99-12980 DDP (Mcx), in the United
5    States District Court, Central District, Western Division, Judgment was entered in
6    this case on February 5, 2008. I have been responsible for the day to day conduct
7    of this litigation on behalf of Nissan Computer. I make this declaration on
8    personal knowledge in support of Nissan Computer's Reply In Support Of Its Bill
9    Of Costs.

10    2. The charges to "Advanced Discovery for Trial" for duplication costs were to
11    copy, prepare and deliver Nissan Computer's trial exhibits in order to comply with
12    Judge Pregerson's standing order on Trial Exhibits which provides, in relevant
13    part, "Two exhibit notebooks (an original and the Judge's copy) are required to be
14    delivered to the Court Clerk on the morning of the first day of trial."

15    3. Garo Partoyan was an expert witness for Nissan Computer. He resides near
16    Sarasota, Florida. Mr. Partoyan's deposition took place in San Diego County,
17    California. The cost of a coach class flight from Sarasota, Florida to San Diego,
18    California is $853.49 as demonstrated by a true and correct copy of an airfare
19    quotation for a coach flight on US Airways dated February 29, 2008, and attached
20    to this declaration as Exhibit 1.

21    4. Ronald Buckhammer was an expert witness for Nissan Computer. Mr.
22    Buckhammer lives in Fresno, California. He drove to the trial in Los Angeles,
23    California. I am informed and believe that the distance covered was 438 miles.
24    *See also*, the Google Maps calculation of 219 miles each way for a round trip of
25    438 miles, attached hereto as Exhibit 2.   The allowable cost for this trip is
26    accordingly $212.43 (438 miles times 48.5 cents per mile).

27    5. Nissan Computer requested taxable costs for the trial attendance of an
28    MMCA Group witness. That witness was a private investigator hired by Nissan

1  Computer named Bob Puglisi.  Mr. Puglisi flew from Washington D.C. to Los

2  Angeles, California, by coach class to attend the trial.  The cost of that flight was

3  $1,098.30.  A true and correct copy of that airfare receipt is attached to this

4  declaration as Exhibit 3.  A true and correct copy of Mr. Puglisi's hotel charges

5  from the Omni Hotel in Los Angeles is attached to this declaration as Exhibit 4.

6      I declare under penalty of perjury under the laws of the United States that the

7  foregoing is true and correct.

8

9

   Dated: March 3, 2008                    / s /
10                                    Neil D. Greenstein

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28