# UNITED STATES DISTRICT COURT

Central District of California

NISSAN MOTOR CO., LTD., and NISSAN NORTH AMERICA, INC.

V.

NISSAN COMPUTER CORPORATION

## BILL OF COSTS

Case Number: CV 99-12980 DDP (Mcx)

Judgment having been entered in the above entitled action on 02/05/2008 (Date) against NISSAN MOTOR CO., LTD, and NISSAN NORTH AMERICA, INC.,

the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk | $ |
| Fees for service of summons and subpoena | 1,842.25 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case (Expedited or daily transcripts require prior Court Order.) | |
| 1. Trial Transcripts, if requested by the Court or prepared pursuant to stipulation | |
| 2. Deposition Transcripts (includes non-expedited transcripts, the reporter's appearance fee, fees for binding, bates stamping, non-expedited shipping & handling, processing fee, ASCII disks, production and code compliance charge, electronic transmission charge, miniscripts and witness handling charges) | 20,367.19 |
| Fees and disbursements for printing (The costs of copies of an exhibit attached to a document necessarily filed and served.) | 16,594.79 |
| Fees for witnesses (itemize on page 2 of 3) | 10,414.67 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | 387.70 |
| Docket fees under 28 U.S.C. 1923 (if incurred) | |
| Costs as shown on Mandate of Court of Appeals | |
| Compensation of court-appointed experts | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | 1,682.15 |
| Other costs to be taxed pursuant to prior Court approval (please itemize) See Exhibits I (Fees for Masters, Commissioners, and Receivers), J (Fees for Expert Witness Deponents), and K (Costs of Appeal). | 36,110.32 |
| TOTAL | * $ 58000.00 ~~87,399.07~~ |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

### DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to: Mark A. Flagel, Esq., Latham & Watkins, Counsel for Plaintiffs.

/s/ (Signature of Attorney) — Neil D. Greenstein (Name of Attorney)

For: Nissan Computer Corporation (Name of Claiming Party) Date: February 20, 2008

Costs are taxed in the amount of

SHERRI R. CARTER (Clerk of Court) By: C. KEVIN REDDICK (Deputy Clerk) 3.6.08 (Date)

* Both parties stipulate to the amount of costs taxed with the agreement that neither side will move to retax costs.

| WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME, CITY AND STATE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| See Exhibit D. | | | | | | | |
| | | | | | TOTAL | | |

# INSTRUCTIONS AND NOTICES REGARDING BILL OF COSTS

SPECIAL NOTE: An itemization and documentation to support the claims made in all categories shall be attached to the Application for Bill of Costs. Documentation shall include receipts, orders and stipulations of the parties. The claiming party shall ensure that any receipts are self-explanatory (i.e. receipts for service, to include the name of the individual). The Clerk's designee will disallow any expenses that do not have supporting documentation. It is the claiming party's responsibility to ensure that the total cost requested in all categories on Form CV-59 reflects the same total of the documentation submitted in support thereof. The Clerk's designee shall allow such items specified in the application which are properly recoverable as costs.

## Amended Procedure for Filing Bill of Costs

Local Rule 54-3 - Within (15) days after entry of judgment, the party entitled to costs shall file a Notice of Application to the Clerk to Tax Costs and shall attach a proposed Bill of Costs on Form CV-59. The Bill of Costs and the Notice of Application to the Clerk to Tax Costs shall be prepared as two separate documents. All costs shall be specified so that the nature of the claim can be readily understood. The Bill of Costs will be electronically filed by the Clerk's designee once determination of allowable costs are made.

## Appearance Requirements

Local Rule 54-3.2 - Time of Application - The date and time for taxation of costs by the Clerk shall be not less than fourteen (14) nor more than twenty-one (21) days from the date notice is given to the other parties. If no objections to the Bill of Costs are filed, then no appearance by counsel is required. In the absence of an objection, any item listed will be taxed as allowed under Local Rule 54. When an objection is filed, the Clerk's designee may determine that no hearing is required and the parties will be so notified. If a hearing is to be held, the Clerk's designee may specify the form of the hearing and determine if telephonic appearances are appropriate.

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
Rule 54 (d)
"Except when express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless the court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law. Costs may be taxed by the clerk on one day's notice. On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court."

Rule 6(e)
"Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon him and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."

Rule 58 (In Part)
"Entry of the judgment shall not be delayed for the taxing of costs."

## DECLARATION OF NEIL D. GREENSTEIN

1. I am one of the attorneys representing Defendant Nissan Computer Corporation ("Nissan Computer") in this action and except as otherwise noted herein, I have personal knowledge of the facts stated herein and if called to testify before this Court, I could and would competently testify thereto. I am providing this declaration in support of Nissan Computer's Application to Tax Costs.

2. I , and other TechMark personnel working at my direction, prepared the exhibits to Nissan Computer's Bill of Costs, which are accurate summaries of costs incurred in this case and believed to be reasonable. Accordingly, I declare that the items claimed in the Bill of Costs are correct and were necessarily incurred in this action, and that the services for which fees have been charged were actually and necessarily performed. The costs sought herein have been paid and/or incurred by Nissan Computer.

3. Attached hereto as Exhibits A through I are itemizations of the costs claimed in Nissan Computer's Bill of Costs and true and correct copies of invoices for these costs. Certain invoices have been annotated or redacted (with indication of where such redactions or annotations were made on a particular invoice) to conceal privileged information or to provide additional information to clarify a particular charge.

///

///

///

///

///

///

///

///

///

4. The document copy costs on Exhibit C were calculated using a rated of $0.17 per page, which is a fair estimate of the average cost charged by the copy services vendors used by Nissan Computer for this case and is also the per page rate approved by this Court in the Order on Nissan Motor's 2003 Bill of Costs.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated this 20th day of February, 2008.

By: /s/

Neil D. Greenstein
Attorneys for Defendant,
Nissan Computer Corporation

**EXHIBIT A TO NISSAN COMPUTER'S BILL OF COSTS**

**FEES FOR SERVICE OF PROCESS AND SUBPOENA**

**LOCAL RULE 54-4.2**

| | *Date* | *Description* | *Amount* |
|---|---|---|---|
| | 3/24/01 | Atlantic Process Services for Service of Nissan Antiques (Check # 9441) | $100.00 |
| | 3/24/01 | Eveready Process Service, Inc. for Service of Nissan Footwear and Nissan Realty | $150.00 |
| | 3/24/01 | Priority Process Service for Service of Nissan Therapy | $75.00 |
| | 3/26/01 | Harper Limited Process Service for Nissan Services - LA (Check # 9444) | $40.00 |
| | 3/26/01 | Torri's Legal Process Service for Sahib Overseas (Check # 9446) | $85.00 |
| | 3/27/01 | Hansen's Guaranteed Process Company for service of deposition subpoena to Nissan Fabrics | $55.00 |
| | 6/5/01 | Hansen's Process Service for Service of Rhea Caras | $36.25 |
| | 8/23/01 | Everyready Process Service for Service of Nissan Jewelry | $75.00 |
| | 8/23/01 | Everyready Process Service for Service of Nissan Jewelers | $75.00 |
| | 8/23/01 | Coast to Coast for Service of 7 subpoenas to Microsoft, Google, Lycos, Alta Vista, Netscape, At Home, and Yahoo | $436.00 |
| | 9/7/01 | Rapid Serve for Service of NBC Internet | $59.50 |
| | 9/7/01 | Hansen's Process Service for Service of GoTo.com | $59.00 |
| | 9/14/01 | Allstate Process Service for Prime Communications (less witness fee) | $79.00 |
| | 9/14/01 | Hansen's Process Service for Ultimateemail.com and Nissan Woodworks (less witness fees) | $80.00 |

EXHIBIT A-1

| | Date | Description | Amount |
|---|---|---|---|
| | 9/14/01 | Serve-em.com Service for Nissan Insurance (less witness fee) | $98.00 |
| | 3/9/02 | Hansens Guaranteed Process Service for Wm Esty Co | $35.00 |
| | 3/18/02 | Hansen's Guaranteed Process Company for Service of Chiat Day (deposition subpoena) | $35.00 |
| | 3/27/02 | Rapid Serve for Service of Landor Associates | $59.50 |
| | 2/28/07 | Hansen's Guaranteed Process Service for Service of Chiat Day (trial subpoena) | $77.00 |
| | 3/16/07 | Hansen's Guaranteed Process Service for Service on Nissan Woodworks (Mark Judaken)(trial subpoeana) | $53.00 |
| | 3/19/07 | Hansen's Guaranteed Process Service for Nissan Fabric & Textile (Nejatollah Neissani)(trial subpoena) | $80.00 |
| | | **TOTAL** | **$1,842.25** |

EXHIBIT A-2

**EXHIBIT B TO NISSAN COMPUTER'S BILL OF COSTS**

**FEES FOR REPORTERS TRANSCRIPTS**

**AND FEES INCURRED WITH ORAL DEPOSITIONS**

**LOCAL RULES 54-4.5 AND 54-4.6**

| | *Date* | *Description* | *Amount* |
|---|---|---|---|
| | 4/3/01 | Combs & Greeley - Depo Trans for 4/3/2001 deposition of Victor (Naser) Fayed | $468.20 |
| | 4/20/01 | Just for the Record - Depo Trans for 4/20/2001 deposition of Ron Benjamin (Nissan Antiques) | $323.25 |
| | 5/1/01 | Dokich Court Reporters - Depo Trans for 5/1/01 deposition of Uzi Nissan | $629.15 |
| | 5/2/01 | Dokich Court Reporters - Depo Trans for 5/2/01 deposition of Uzi Nissan | $297.15 |
| | 5/22/01 | Robinson Reporting - Depo Trans for 4/25/2001 deposition of Shuichiro Dobashi (Nissan Chemical) | $657.75 |
| | 6/4/01 | Affiliated Reporting - Depo Trans for 6/4/2001 deposition of Nissan Zahavi (Nissan Services) | $431.20 |
| | 7/12/01 | Dokich Court Reporters - Depo Trans for 7/12/2001 deposition of Rhea Caras | $1,047.15 |
| | 7/23/01 | Beth Zaccaro, CSR for 7/23/01 hearing transcript | $120.00 |
| | 7/23/01 | Beth Zaccaro, CSR for 7/23/01 hearing (ASCII Disk) | $30.75 |
| | 8/3/01 | Precise Reporting Service - Depo Trans for 8/3/2001 deposition of Robert Wagner (Nissan Thermos) | $966.20 |
| | 8/24/01 | Kramer Court Reporting Service - Depo Trans for 8/24/2001 deposition of Nejatollah Neissani (Nissan Fabrics) | $224.05 |
| | 9/25/01 | Hutchings Court Reporters - Depo Trans for 9/25/2001 deposition of Clayton Nissan (Nissan Insurance) | $129.60 |

EXHIBIT B-1

| | Date | Description | Amount |
|---|---|---|---|
| | 9/27/01 | Spherion Corporation - Depo Trans for 9/11/2001 deposition of Nassir Monzorolhagh (Nissan Jewelers) | $401.30 |
| | 9/27/01 | Court Reporter - Depo Trans for 9/27/2001 deposition of Sahib Overseas (Christopher Sequinot and Kirin Uppin) | $320.20 |
| | 9/28/01 | Kramer Court Reporting Service - Depo Trans for 9/28/2001 non-appearance of Mark Judaken (Nissan Woodworks) | $190.00 |
| | 10/1/01 | Spherion Corporation - Depo Trans for 9/10/2001 deposition of Nassir Monzorolhagh (Nissan Jewelery) and 9/10/2001 deposition of Susan Marchione (Nissan Fire & Marine Insurance) | $1,227.15 |
| | 11/8/01 | Kramer Court Reporting - Depo Trans for 10/16/2001 deposition of Mark Judaken (Nissan Woodworks) | $301.70 |
| | 11/9/01 | Kramer Court Reporting - Depo Trans for 9/27/2001 deposition of Gordon Vasquez (Ultimate Email) | $315.65 |
| | 11/28/01 | Esquire Depostion Services - Depo Trans for 11/30/012 deposition of Mike Rappeport (without video fees) | $249.45 |
| | 11/28/01 | Esquire Deposition Services - Depo Trans for 11/28/01 deposition of Ronald Buckhammer | $886.15 |
| | 2/22/02 | Kramer Court Reporting Service - Depo Trans for 2/22/2002 deposition of Jeffrey Kinrich (without video fees) | $1,858.10 |
| | 3/28/02 | Clark Reporting Service - Depo Trans for 3/28/2002 non-appearance of William Esty Co. | $130.00 |
| | 4/10/02 | Kramer Court Reporting - Depo Trans for 4/10/2002 deposition of Mark Perry (without video fees) | $1,231.10 |

EXHIBIT B-2

| | Date | Description | Amount |
|---|---|---|---|
| | 7/2/02 | Debra Pope Reporting Service - Depo Trans for 7/30/2002 deposition of E. Deborah Jay | $953.35 |
| | 7/2/02 | Debra Pope Reporting Service - Depo Trans for 8/15/2002 deposition of Peter Sealey, Ph D. | $1,123.90 |
| | 7/23/02 | Kramer Court Reporting - Depo Trans for 7/23/2002 deposition of Chiat Day (Bonnie Schwartz) (without video fees) | $2,038.80 |
| | 7/31/02 | Kramer Court Reporting - Depo Trans for 7/31/2002 deposition of Gerald R. Ford. | $1,456.49 |
| | 8/5/02 | Mark Schweitzer, CSR for 8/5/2002 hearing transcript | $106.75 |
| | 8/13/02 | Esquire Deposition Services - Depo Trans for 7/25/2002 deposition of Kane Nakamura | $443.80 |
| | 11/1/02 | Beth Zaccaro, CSR | $75.00 |
| | 12/16/02 | Beth Zaccaro, CSR for proceeding transcript | $100.00 |
| | 1/3/03 | Beth Zaccaro, CSR for proceeding transcript | $148.75 |
| | 1/30/03 | Beth Zaccaro, CSR for 12/15/99 and 10/30/00 proceeding transcripts | $150.00 |
| | 4/1/03 | Deborah Gackle, CSR for transcript | $8.25 |
| | 5/29/03 | Lena Villegas, CSR for transcript of 11/16/2001 proceeding | $22.50 |
| | 7/17/06 | Legalink - Depo Trans for 6/21/2006 deposition of Garo Partoyan | $688.60 |
| | 9/27/06 | Sandra L. Becerra, CSR for 8/28/2006 proceeding transcript | $101.20 |
| | 2/28/07 | Maria Bustillos, CSR for 5/01/06 hearing transcript | $75.90 |
| | 3/14/07 | Legalink - Depo Trans for 2/8/2007 deposition of Kenneth Hollander | $438.65 |
| | | **TOTAL** | **$20,367.19** |

EXHIBIT B-3

**EXHIBIT C TO NISSAN COMPUTER'S BILL OF COSTS**

**FEES FOR REPRODUCTION OF DOCUMENTS**

**LOCAL RULE 54-4.11**

| | *Date* | *Description* | *Amount* |
|---|---|---|---|
| | 2/23/07 | Advanced Discovery for Trial | $5,687.38 |
| | 3/23/07 | Advanced Discovery for Trial | $483.22 |
| | 3/30/07 | Advanced Discovery for Trial | $248.38 |
| | 3/31/07 | Advanced Discovery for Trial | $5,948.08 |
| | | **TOTAL** | **$12,367.06** |

| | *Date* | *Description* | *Total # of Exhibit Pages Filed and Served* | *Amount at $.17/ page* |
|---|---|---|---|---|
| | 6/19/01 | NDG Dec. in Support of Joint Stipulations Re: Def.'s Motion for Sanctions for Failure of Carlos Ghosn to Appear for Deposition and Re: Pltf.'s Motion for Protective Order Re: Deposition of Carlos Ghosn | 175 | $29.75 |
| | 7/23/01 | Dec. of Thomas G. Bloomberg, Jr. in Support of Def. Motion for Contempt | 100 | $17.00 |
| | 7/29/01 | NDG Dec. in Support of Def. Motion for Contempt | 130 | $22.10 |
| | 10/13/01 | NDG Dec. in Support of Def.'s Reply to Pltf.'s Opposition to Motion to Disqualify Pltf.'s Expert Dr. Gerald Ford | 16 | $2.72 |

EXHIBIT C-1

| | *Date* | *Description* | *Total # of Exhibit Pages Filed and Served* | *Amount at $.17/ page* |
|---|---|---|---|---|
| | 10/14/01 | Under Seal--NDG Dec. in Support of Def.'s Motion for Partial Summary Judgment Re: Cybersquatting | 184 | $31.28 |
| | 10/25/01 | Under Seal--NDG Dec. in Support of Def.'s Motion for Partial Summary Judgment Re: Dilution | 176 | $29.92 |
| | 11/2/01 | NDG Dec. in Support of Def.'s Opposition to Pltf.'s Ex Parte Application for an Order (1) Compelling Counsel for Def. to State Whether Any Conversations with Counsel for Pltfs. Have Been Recorded and (2) Prohibiting Counsel for Def. from Recording Such Conversations | 76 | $12.92 |
| | 11/7/01 | Under Seal–Dec. of Ronald Buckhammer in Reply to Def.'s Motion for Partial Summary Judgment Re: Cybersquatting | 8 | $0.68 |
| | 11/8/01 | Under Seal--NDG Dec. in Reply to MSJ Re: Cybersquatting | 392 | $66.64 |
| | 11/12/01 | NDG Dec. in Support of Def.'s Opposition to Pltf.'s Motion for Partial Summary Judgment Re:Trademark Infringement and Dilution Including Rule 56(f) Request | 68 | $11.56 |

EXHIBIT C-2

| | *Date* | *Description* | *Total # of Exhibit Pages Filed and Served* | *Amount at $.17/ page* |
|---|---|---|---|---|
| | 11/12/01 | Under Seal–Dec. of Toyu Yazaki in Support of Def.'s Opposition to Pltf.'s Motion for Partial Summary Judgment Re: Def.'s Counterclaims for Fraud on Patent and Trademark Office | 44 | $7.48 |
| | 11/12/01 | Under Seal--NDG Dec. in Opposition to Pltf.'s Motion for Partial Summary Judgment Re: Trademark Infringement and Dilution | 1668 | $283.56 |
| | 11/18/01 | NDG Dec. in Reply to Def.'s Motion for Partial Summary Judgment Re: No Infringement of Non-Auto Related Goods/services | 60 | $10.20 |
| | 11/18/01 | Under Seal--NDG Dec. in Reply to Def.'s Motion for Partial Summary Judgment Re: Dilution | 548 | $93.16 |
| | 11/24/01 | NDG Dec. in Support of Joint Stipulation Re: Def.'s Motion to Compel Re: Written Discovery | 136 | $23.12 |
| | 11/24/01 | NDG Dec. in Support of Def.'s Motion to Compel Re: Rhea Caras Deposition | 140 | $23.80 |
| | 11/24/01 | NDG Second Dec. in Support Def.'s Motion to Compel Re: Rhea Caras Deposition | 176 | $29.92 |

EXHIBIT C-3

| | Date | Description | Total # of Exhibit Pages Filed and Served | Amount at $.17/ page |
|---|---|---|---|---|
| | 11/24/01 | NDG Second Dec. in Support of Joint Stipulation Re: Def.'s Motion to Compel Re: Written Discovery | 36 | $6.12 |
| | 1/29/02 | Fertel Decl. in Reply to IC's Motion to Allow Discovery | 180 | $30.60 |
| | 2/14/02 | NDG Decl. in Support of Def.'s Ex Parte Application to Advance Trial and Bifurcate | 45 | $7.65 |
| | 2/14/02 | NDG Dec. in Support of Stip & Order Re: Briefing Schedule | 80 | $13.60 |
| | 3/26/02 | NDG Dec. Re: Motion to Strike MSJ Re: Dilution | 270 | $45.90 |
| | 3/27/02 | Fertel Dec. in Support of IC to Take MSJ Re: Fraud on the PTO Off Calendar | 70 | $11.90 |
| | 4/2/02 | NDG Dec. Re: Stip & Order to Continue Trial | 90 | $15.30 |
| | 6/10/02 | TLK Dec. Re: MSJ Re: Dilution | 700 | $119.00 |
| | 6/24/02 | Heather Hatfield Dec. in Opposition to Pltf.'s MSJ Re: Dilution/1991 | 12600 | $2,142.00 |
| | 6/24/02 | RLB Dec. in Opposition to Pltf.'s Re: MSJ Re: Dilution/1991 | 1600 | $272.00 |
| | 10/11/02 | NDG Dec. in Opposition by Def. Re: MPI | 15 | $2.55 |
| | 10/11/02 | TLK Dec. in Opposition to MPI | 610 | $103.70 |
| | 10/11/02 | Uzi Dec. in Opposition by Def. Re: MPI | 225 | $38.25 |

EXHIBIT C-4

| | Date | Description | Total # of Exhibit Pages Filed and Served | Amount at $.17/ page |
|---|---|---|---|---|
| | 1/13/03 | NDG Dec. in Support Re: Motion for Clarification on PI | 15 | $2.55 |
| | 1/13/03 | Uzi Dec. in Support of Motion to Stay Portion of PI Pending Appeal | 230 | $39.10 |
| | 1/13/03 | TLK Dec. in Support by Def. Re: Motion to Stay Portion of PI Pending Appeal | 795 | $135.15 |
| | 1/27/03 | NDG Declaration in Reply to Motion to Stay Portion of PI Pending Appeal | 165 | $28.05 |
| | 10/28/06 | NDG Dec. in Support of Def.'s MIL 1 to Preclude Report and Testimony of Plaintiff Nissan Japan's Expert Jefferey Kinrich | 220 | $37.40 |
| | 10/28/06 | NDG Dec. in Support of Def. MIL 2 to Preclude Evidence Concerning the Landor Survey Results | 45 | $7.65 |
| | 10/29/06 | Under Seal--NDG Dec. in Support of Def. MIL 3 to Preclude Evidence Concerning Any "Harm" to the Plaintiffs' Mark for Dilution Purposes | 160 | $27.20 |
| | 2/23/07 | NDG Dec. in Support of Def.'s MIL 13 to Exclude Exhibit No. 1817-1892, 1893-1901, 1548-1549, 1571-1816 & 1902-1904 | 775 | $131.75 |

EXHIBIT C-5

| | *Date* | *Description* | *Total # of Exhibit Pages Filed and Served* | *Amount at $.17/ page* |
|---|---|---|---|---|
| | 3/12/07 | NDG Dec. in Support of Def.'s Reply MIL 13 to Exclude Exhibit No. 1817-1892, 1893-1901, 1548-1549, 1571-1816 & 1902-1904 | 75 | $12.75 |
| | 6/17/07 | NDG Dec. in Support of Def.'s Brief Concerning Admissibility of "So-Called" Access Logs | 35 | $5.95 |
| | 10/11/07 | NDG Dec. in Support of Def.'s Response to Nissan Motor's Objections to Nissan Computer Corporation's [Proposed] Final Judgment | 50 | $8.50 |
| | 1/21/08 | NDG Dec. in Opposition to Nissan Motor's Motion for Attorney Fees Pursuant to LR 54-2 and in Support of an Award of Costs to Nissan Computer Corporation under FRCP 68 | 1690 | $287.30 |
| | | **TOTAL** | **24869** | **$4,227.73** |

EXHIBIT C-6

## EXHIBIT D TO NISSAN COMPUTER'S BILL OF COSTS

## FEES FOR WITNESSES

## LOCAL RULE 54-4.7

| | *Date* | *Description* | *Witness Fee* | *Mileage Fee* | *Travel* | *Hotel/ Meals* | *Total Amount* |
|---|---|---|---|---|---|---|---|
| | 3/24/01 | Nissan Antiques (Check #9442) witness fee and mileage for deposition of Ron Benjamin on 04/20/2001 | $40.00 | $38.25 | $0.00 | $0.00 | $78.25 |
| | 3/24/01 | Nissan Fabrics (Check # 9443) witness fee and mileage for deposition of Nejatollah Neissani on 03/24/2001 | $40.00 | $5.89 | $0.00 | $0.00 | $45.89 |
| | 3/24/01 | Nissan Realty (Check #9437) witness fee and | $40.00 | $20.15 | $0.00 | $0.00 | $60.15 |
| | 3/24/01 | Nissan Footwear 2000 (Check #9438) for witness | $40.00 | $23.80 | $0.00 | $0.00 | $63.80 |
| | 3/24/01 | Nissan Therapy Services (Check #9440) witness fee and mileage for deposition | $40.00 | $35.00 | $0.00 | $0.00 | $75.00 |
| | 3/26/01 | Nissan Services - LA (Check #9445) witness fee and mileage for the deposition | $40.00 | $3.16 | $0.00 | $0.00 | $43.16 |
| | 3/26/01 | Sahib Overseas (Check #9447) witness fee and mileage for the deposition of Nassir Monzorlhagh on 09/11/2001 | $40.00 | $11.60 | $0.00 | $0.00 | $51.60 |
| | 4/3/01 | Naser (Victor) Fayed (Check #9458) witness fee and mileage for the deposition of Naser (Victor) Fayed on 04/03/01 | $120.00 | $0.00 | $380.00 | $0.00 | $500.00 |
| | 5/22/01 | Witness fee for deposition of Shuichiro Dobashi (Nissan Chemical) on 5/22/2001. | $40.00 | $0.00 | $0.00 | $0.00 | $40.00 |
| | 6/4/01 | Rhea Caras (Check #9535) witness fee and mileage for the deposition of Rhea Caras on 07/12/2001 | $40.00 | $14.50 | $0.00 | $0.00 | $54.50 |

EXHIBIT D-1

| | Date | Description | Witness Fee | Mileage Fee | Travel | Hotel/ Meals | Total Amount |
|---|---|---|---|---|---|---|---|
| | 6/6/01 | Nissan Zahavi (Check #9554) witness fee and mileage for the deposition of Nissan Zahavi (Nissan Services) on 06/04/2001 | $40.00 | $3.16 | $0.00 | $0.00 | $43.16 |
| | 8/3/01 | Witness fee for deposition of Nissan Thermos (Robert Wagner) on 8/3/2001. | $40.00 | $0.00 | $0.00 | $0.00 | $40.00 |
| | 8/17/01 | Nissan Jewelry (Check #9651) for the deposition of Edmond D. Nissan on 09/10/2001 | $40.00 | $5.20 | $0.00 | $0.00 | $45.20 |
| | 8/17/01 | Nissan Jewelers (Check #9655) for the deposition of Nassir Monzorlhagh on 09/11/2001 | $40.00 | $5.86 | $0.00 | $0.00 | $45.86 |
| | 9/14/01 | Witness fee for deposition of Prime Communications (Allstate Process Servers Inv. #47413) | $40.00 | $0.00 | $0.00 | $0.00 | $40.00 |
| | 9/14/01 | Witness fee for deposition for Nissan Clayton Insurance Agency (Serve-em.com Inv. #2001083034) | $40.00 | $0.00 | $0.00 | $0.00 | $40.00 |
| | 9/17/01 | Witness fee for deposition of Nissan Woodworks (Mark Judaken) (Hansen's Guaranteed Process Company Inv. #70016) | $40.00 | $0.00 | $0.00 | $0.00 | $40.00 |
| | 9/17/01 | Witness fee for deposition of UltimateEmail.com (Gordon Vasquez) (Hansen's Guaranteed Process Company Inv. #70017) | $40.00 | $0.00 | $0.00 | $0.00 | $40.00 |
| | 9/27/01 | Witness fee for deposition of Sahib Overseas (Kirin Uppin) on 9/27/2001. | $40.00 | $0.00 | $0.00 | $0.00 | $40.00 |
| | 9/27/01 | Witness fee for deposition of Sahib Overseas (Christopher Sequinot) on 9/27/2001. | $40.00 | $0.00 | $0.00 | $0.00 | $40.00 |
| | 3/9/02 | Witness Fee for Deposition of Wm. Esty Co., Inc. | $40.00 | $6.21 | $0.00 | $0.00 | $46.21 |
| | 9/12/06 | Garo Partoyan (Expert Deposition Witness) | $40.00 | $0.00 | $1,644.33 | $103.42 | $1,807.75 |
| | 2/9/07 | Kenneth Hollander (Expert Deposition Witness) | $40.00 | $153.96 | $0.00 | $19.28 | $213.24 |

EXHIBIT D-2

| | Date | Description | Witness Fee | Mileage Fee | Travel | Hotel/ Meals | Total Amount |
|---|---|---|---|---|---|---|---|
| | 2/28/07 | Chiat Day (Check #1320) | $40.00 | $38.80 | $0.00 | $0.00 | $78.80 |
| | 3/21/07 | Uzi Nissan (Trial Witness - Air Fare to Trial) | $0.00 | $0.00 | $0.00 | $169.80 | $169.80 |
| | 3/13/07 | Nissan Woodworks (Check #1326) for witness for trial subpoena (Mark Judaken) | $40.00 | $6.50 | $0.00 | $0.00 | $46.50 |
| | 3/28/07 | Thomson CompuMark (Keith Levine) 03/28-30/2007 (Trial Witness -Hotel and Taxi) | $0.00 | $0.00 | $104.00 | $528.08 | $632.08 |
| | 3/28/07 | Kenneth Hollander (Expert Trial Witness) | $80.00 | $396.75 | $0.00 | $715.98 | $1,192.73 |
| | 3/28/07 | Ronald Buckhammer (Expert Trial Witness) | $80.00 | $0.00 | $466.57 | $0.00 | $546.57 |
| | 3/30/07 | Barbara Luna (Expert Trial Witness) | $40.00 | $0.00 | $33.25 | $0.00 | $73.25 |
| | 3/31/07 | Uzi Expenses - 03/24-31/2007 (Trial Witness - Hotel) | $0.00 | $0.00 | $0.00 | $2,254.20 | $2,254.20 |
| | 3/31/07 | Uzi Nissan (Trial Witness - Return Flight Post-Trial) | $0.00 | $0.00 | $368.30 | $0.00 | $368.30 |
| | 4/19/07 | MMCA Group, Ltd.- Inv.#17673 (Trial Witness) | $80.00 | $0.00 | $1,148.20 | $330.47 | $1,558.67 |
| | | **TOTAL** | **$1,360.00** | **$768.79** | **$4,164.65** | **$4,121.23** | **$10,414.67** |

EXHIBIT D-3

**EXHIBIT E TO NISSAN COMPUTER'S BILL OF COSTS**

**FEES FOR CERTIFICATION AND EXEMPLIFICATION OF DOCUMENTS**

**LOCAL RULE 54-4.11**

| | *Date* | *Description* | *Amount* |
|---|---|---|---|
| | 2/6/07 | Thomson Financial - Certified Copies of Nissan Motor Annual Reports | $115.35 |
| | 3/13/07 | Thomson Financial - Certified Copies of Nissan Motor Annual Reports | $272.35 |
| | | **TOTAL** | **$387.70** |

EXHIBIT E-1

**EXHIBIT F TO NISSAN COMPUTER'S BILL OF COSTS**

**FEES FOR INTERPRETERS AND TRANSLATORS**

**LOCAL RULE 54-4.8**

| | *Date* | *Description* | *Amount* |
|---|---|---|---|
| | 4/26/01 | Toyu Yazaki for translation of trademark agreement from Japanese to English | $359.10 |
| | 5/4/01 | American Bureau of Professional Translators for translation of 04/25/01 deposition of Shuichiro Dobashi from Japanese to English | $375.00 |
| | 6/18/01 | Toyu Yazaki for translation of documents | $673.05 |
| | 8/29/01 | Continental Interpreting Inv. #42689 for translation in Farsi for deposition of Nissan Fabric on 08/24/01(Nejatollah Neissani) | $275.00 |
| | | **TOTAL** | **$1,682.15** |

EXHIBIT F-1

**EXHIBIT G TO NISSAN COMPUTER'S BILL OF COSTS**

**FEES OF MASTERS, COMMISSIONERS, AND RECEIVERS**

**LOCAL RULE 54-4.10**

| | *Date* | *Description* | *Amount* |
|---|---|---|---|
| | 9/12/01 | JAMS Mediation with Hon. Edward Rollin (Ret.) (Total Bill $1500.00) | $1,500.00 |
| | 3/1/02 | JAMS Mediation with Hon. Edward Rollin (Ret.) for 3/1-3/2/2002 | $6,050.00 |
| | 3/7/02 | Travel Costs for Hon. Edward Rollin (Ret.) for 3/1-3/2/2002 JAMS Mediation | $980.07 |
| | 10/26/04 | Uzi Nissan Air Fare to 10/27/04 Mediation | $261.41 |
| | 10/27/04 | JAMS Mediation with Hon. Edward Rollin (Ret.) | $3,450.00 |
| | 11/7/04 | JAMS Mediation with Hon. Edward Rollin (Ret.) | $3,850.00 |
| | | **TOTAL** | **$16,091.48** |

EXHIBIT G-1

**EXHIBIT H TO NISSAN COMPUTER'S BILL OF COSTS**

**FEES PAID TO EXPERT WITNESS DEPONENTS**

**PURSUANT TO FRCP 26(b)(4)(C)**

**LOCAL RULE 54-4.6(C)**

| | *Date* | *Description* | *Amount* |
|---|---|---|---|
| | 9/4/02 | Gerald Ford (Expert Fee for Deposition Time) | $1,875.00 |
| | 11/9/02 | E. Deborah Jay (Expert Fee for Deposition Time) | $2,800.00 |
| | 12/12/02 | Peter Sealey (Expert Fee for Deposition Time) | $3,773.44 |
| | 6/26/03 | Kane Nakamura (Expert Fee for Deposition Time) | $1,200.00 |
| | 4/6/06 | Jeffrey Kinrich (Expert Fee for Deposition Time) | $2,210.00 |
| | | **TOTAL** | **$11,858.44** |

EXHIBIT H-1

## EXHIBIT I TO NISSAN COMPUTER'S BILL OF COSTS

## COSTS OF APPEAL

| | *Date* | *Description* | *Amount* |
|---|---|---|---|
| | 10/3/03 | Fee to Clerk for the 9th Circuit Court of Appeals for Appeal | $105.00 |
| | 3/4/05 | Document reproduction fees for briefs filed with the U.S. Supreme Court | $1,283.79 |
| | | **TOTAL** | **$1,388.79** |

| | *Date* | *Description* | *# of Pages* | *# of Copies Filed and Served* | *Total Number of Pages* | *Amount Recoverable (at $0.17/page)* |
|---|---|---|---|---|---|---|
| | 10/6/03 | Opening Brief - 9th Circuit | 97 | 18 | 1746 | $296.82 |
| | 10/6/03 | Excerpts of Record - Opening Brief - 9th Circuit | 5052 | 7 | 35364 | $6,011.88 |
| | 1/12/04 | Reply Brief - 9th circuit | 70 | 18 | 1260 | $214.20 |
| | 1/12/04 | Supplemental Excerpts - 9th Circuit | 209 | 7 | 1463 | $248.71 |
| | | | | **TOTAL** | | **$6,771.61** |

EXHIBIT I-1

TechMark

| | | | |
|---|---|---|---|
| Atlantic Process Serving<br>Outside Svcs:Process Server/NDG | Nissan - Srv Nissan Antiques-N | 3/24/2001 | 9441<br>100.00 |

Dean Witter AAA - Chec 100.00

TechMark

| | | | |
|---|---|---|---|
| Atlantic Process Serving<br>Outside Svcs:Process Server/NDG | Nissan - Srv Nissan Antiques-NY | 3/24/2001 | 9441<br>100.00 |

Dean Witter AAA - Chec 100.00

PRODUCT 9209 USE WITH 9379 DU-O-VUE ENVELOPE.
NEBS, INC., GROTON, MA 01471. TO REORDER PHONE 1-800-225-9550.

**March 29, 2001**

172

***Eveready Process Service Inc.***
P O Drawer 1537
129 Main Street
Stony Brook, NY, 11790
(631) 751-0239 , (631) 751-1703 Fax

**RETURN SERVICE REQUESTED**

**Invoice**

TECHMARK
MARKET POST TOWER
55 SOUTH MARKET STREET, 16TH FLOOR
SAN JOSE CA 95113

(408)280-2228 Business
(408)358-9240 Fax
-------<

Reference Job **#9395** when remitting.

**Originally billed on March 29, 2001**

Fee for Service: $75.00
Amount Due: $0.00

NISSAN MOTOR CO., LTD. ET AL vs NISSAN COMPUTER CORPORATION,

**Index/Case Number: CV-99-12980 DDP (MCX)**
**SUBPOENA**
**NISSAN FOOTWEAR-2000, INC. F/K/A NISSAN FOOTWEAR, INC.**

Completed Personal Service to MR. MAY (REFUSED 1ST NAME), MANAGING AGENT , Agent in Charge on March 28, 2001 at 10:45 AM,
at: NISSAN FOOTWEAR-2000, INC. F/K/A NISSAN FOOTWEAR, INC., 955 FLATBUSH AVE., BROOKLYN, NY 11226
by DOMINICK VINCESLIO, Process Server
Action/Hearing Date **April 26, 2001, @ 2:00 PM**.

Paid In Advance $75.00

There is no balance due: **$0.00**

Thank You!!
We appreciate your business!

**March 29, 2001**

***Eveready Process Service Inc.***
P O Drawer 1537
129 Main Street
Stony Brook, NY, 11790
(631) 751-0239 , (631) 751-1703 Fax

**RETURN SERVICE REQUESTED**

## Invoice

TECHMARK
MARKET POST TOWER
55 SOUTH MARKET STREET, 16TH FLOOR
SAN JOSE CA 95113

(408)280-2228 Business
(408)358-9240 Fax
--------<

Reference Job #**9393** when remitting.

**Originally billed on March 29, 2001**

Fee for Service: $75.00
Amount Due: $0.00

NISSAN MOTOR CO., LTD. ET AL vs NISSAN COMPUTER CORPORATION,

**Index/Case Number: CV-99-12980 DDP (MCX)**
**SUBPOENA**
**NISSAN REALTY CO.**

Completed Personal Service to SAM MEHDYZADEH, MANAGING AGENT , Agent in Charge on March 28, 2001 at 12:45 PM,
at: NISSAN REALTY CO., 47-09 30TH ST. 3RD FLR., LONG ISLAND CITY, NY 11101
by JAMES D. COZENS, Process Server
Action/Hearing Date **December 30, 1899, @ 10:00 AM**.

Paid In Advance $75.00

There is no balance due: **$0.00**

Thank You!!
We appreciate your business!

# INVOICE

**PRIORITY PROCESS**
**2474 Paulstan Ct.**
**Sarasota, FL 34237**
**Phone: (941) 366-2286**
**Fax: (941) 951-2286**

**Inv. # 2001000454**
**03-28-2001**

Neil Greenstein, Esquire
TechMark
55 South Market Street
Sixteenth Floor
San Jose CA 95113

Reference Number: 5417-001
Your Contact: Debi
**Case Number: Middle CV-99-12980-DDP (MCX**

Plaintiff:
**Nissan Motor Co., Ltd, et al**

Defendant:
**Nissan Computer Corporation**

Completed: 3/27/2001
To be served on: Therapy Services, Nissan

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee (Local) | 1.00 | 25.00 | 25.00 |
| Additional Addresses | 1.00 | 25.00 | 25.00 |
| Rush Fee | 1.00 | 25.00 | 25.00 |
| Personal Service Only | 1.00 | 25.00 | 25.00 |
| TOTAL CHARGED: | | | $100.00 |
| Pre-Payment 3/27/2001 Check #9439 | | | 75.00 |
| **BALANCE DUE:** | | | **$25.00** |

Our Service To You Is In Our Company Name, We Care To Please!

Copyright © 1992-1999 Database Services, inc. - Process Server's Toolbox V5.4b

TechMark

Harper Limited Process Services 3/26/2001 9444
Outside Svcs:Process Server/NDG Nissan - Srv Nissan Service-LA 40.00

Dean Witter AAA - Chec 40.00

TechMark

Harper Limited Process Services 3/26/2001 9444
Outside Svcs:Process Server/NDG Nissan - Srv Nissan Service-LA 40.00

Dean Witter AAA - Chec 40.00

PRODUCT 9299 USE WITH 9378 DU-O-VUE ENVELOPE.
NEBS, INC., GROTON, MA 01471. TO REORDER PHONE 1-800-225-9550.

TechMark

Torri's Legal Services
Outside Svcs:Process Server/NDG

Nissan - Srv Sahib Overseas

3/26/2001

9446

85.00

Dean Witter AAA - Chec

85.00

TechMark

Torri's Legal Services
Outside Svcs:Process Server/NDG

Nissan - Srv Sahib Overseas

3/26/2001

9446

85.00

Dean Witter AAA - Chec

85.00

PRODUCT 9200 USE WITH 9379 DU-O-VUE ENVELOPE.
NEBS, INC., GROTON, MA 01471. TO REORDER PHONE 1-800-225-9550.

174

HANSEN'S GUARANTEED PROCESS COMPANY
8607 IMPERIAL HIGHWAY
SUITE 206
Downey CA 90242
562 904-9460, FAX 562 904-9462
Federal Tax I.D. 95-4652772

| Mar. 28, 2001 | I N V O I C E | 9140.63910 |
|---|---|---|

TECHMARK
Attention: NEIL
55 SOUTH MARKET STREET
SIXTEENTH FLOOR
SAN JOSE, CA 95113

*Attorney File Number: 5417-001*

RE: CASE: NISSAN MOTOR CO., LTD., ET AL VS NISSAN COMPUTER CORPORATION
COURT: U. S. DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA, CASE # CV-99-12980DDP(MCX)
DOCUMENTS: SUBPOENA IN A CIVIL CASE - EXHIBIT "A"; EXHIBIT "B"

| Date | Services Provided | Amount |
|---|---|---|
| 03/26/2001 | Deposit | -55.00 |
| 03/27/2001 09:40AM | RE: NISSAN FABRIC & TEXTILE, INC. By serving MR. NEJA-OWNER at business - 744 E. 8TH STREET LOS ANGELES CA 90021, Served by RICH WILSON C.C.P.S. | |
| 03/27/2001 | LOCAL DAYTIME RUSH (FILING OR SERVICE NO WAITING TIME) | 55.00 |
| | **PLEASE PAY THIS AMOUNT ▶ ▶ ▶ ▶ ▶ ▶** | **$.00** |

****************NEXT COURT HOLIDAY IS MONDAY MAY 28. 2001**********
***REFERENCE TO INVOICE NUMBER ASSURES PROPER CREDITING OF YOUR PAYMENT***
*********THANK YOU FOR SELECTING HANSEN'S GUARANTEED PROCESS*********

TechMark

| | | | |
|---|---|---|---|
| Hansen Process Service<br>Outside Svcs:Process Server/NDG | Nissan - Srv Rhea Caras | 6/5/2001 | 9553<br>36.25 |

✓

Dean Witter AAA - Chec 36.25

TechMark

| | | | |
|---|---|---|---|
| Hansen Process Service<br>Outside Svcs:Process Server/NDG | Nissan - Srv Rhea Caras | 6/5/2001 | 9553<br>36.25 |

Dean Witter AAA - Chec 36.25

PRODUCT #209 USE WITH #378 DU-O-VUE ENVELOPE.
NEBS, INC., GROTON, MA 01471. TO REORDER PHONE 1-800-225-9550.

F

February 11, 2008

# ATTEN: SHERRIE

*Eveready Process Service Inc.*
P O Drawer 1537
129 Main Street
Stony Brook, NY, 11790
(631) 751-0239 , (631) 751-1703 Fax

**RETURN SERVICE REQUESTED**

## Invoice

TECHMARK
MARKET POST TOWER
55 SOUTH MARKET STREET, 16TH FLOOR
SAN JOSE CA

(408)280-2228 Business
(408)280-2250 Fax
-------<

Reference Job #**13034** when remitting.

**Originally billed on August 30, 2001**

Fee for Service: $75.00
Amount Due: $0.00

NISSAN MOTOR CO., LTD. vs NISSAN JEWELRY CORP.,,

**Index/Case Number: CV-99-12980**
**SUBP CIVIL ACTION**
**NISSAN JEWELRY CORP.**

Completed Personal Service to MANZOR NISSAN, MANAGING AGENT , Agent in Charge on August 23, 2001 at 10:43 AM,
at: NISSAN JEWELRY CORP., 167 MADISON AVENUE, NEW YORK, NY 10016
by TERRIQUE BROWN, Process Server
Action/Hearing Date **August 27, 2001, @ 10:00 AM.**

Service Fee $75.00

There is no balance due: **$0.00**

Thank You!!
We appreciate your business!

February 11, 2008

**ATTEN: SHERRIE**

*Eveready Process Service Inc.*
P O Drawer 1537
129 Main Street
Stony Brook, NY, 11790
(631) 751-0239 , (631) 751-1703 Fax

RETURN SERVICE REQUESTED

## Invoice

TECHMARK
MARKET POST TOWER
55 SOUTH MARKET STREET, 16TH FLOOR
SAN JOSE CA 95113

(408)280-2228 Business
408-280-2250 Fax
-------<

Reference Job #**13036** when remitting.

**Originally billed on August 30, 2001**

Fee for Service: $75.00
Amount Due: $0.00

NISSAN MOTOR CO., LTD. vs NISSAN JEWELRY CORP.,,

**Index/Case Number: CV-99-12980**
**SUBP CIVIL ACTION**
**NISSAN JEWELERS**

Completed Personal Service to MANZOR NISSAN, MANAGING AGENT , Agent in Charge on August 23, 2001 at 10:43 AM,
at: NISSAN JEWELERS, 167 MADISON AVE., NEW YORK, NY 10016
by TERRIQUE BROWN, Process Server
Action/Hearing Date **August 27, 2001, @ 10:00 AM**.

Service Fee $75.00

There is no balance due: **$0.00**

Thank You!!
We appreciate your business!

# Coast to Coast Legal Services

888 North First Street, 306
San Jose, CA 95112-0000
(408) 295-5015 Fax: (408) 283-7141
ID# 77-0277189

PAYABLES: ✓

✓

**INVOICE DATE:** August 24, 2001

**INVOICE NUMBER:** 4666-1

Client No. 236
Client Neil D. Greenstein
Contact:
Address 55 S. Market Street, #1630
San Jose, CA 95113-0000
Phone: (408) 358-9140
Client File No.

Case No. CV99-12980DDP
Court United States District Court
Plaintiff Nissan Motor Co. Ltd
Defendant Nissan Computer Corporation

Documents:
Subpoena in a Civil Case, Exhibit A

| DESCRIPTION | SERVICES | CHARGES |
|---|---|---|
| Served: Custodian of Records for Google at 2400 Bayshore Parkway, Mountain View, CA 94043-0000. Documents: Subpoena in a Civil Case, Exhibit A<br><br>Server: Richard Barrett<br><br>Date Served: August 22, 2001<br><br>Time Served: 03:25 pm | Serve<br>Rush | 38.50<br>20.00 |
| | INVOICE TOTAL | $ 58.50 |

BInv

# Coast to Coast Legal Services

888 North First Street, 306
San Jose, CA 95112-0000
(408) 295-5015 Fax: (408) 283-7141
ID# 77-0277189

PAYABLES: ✓

✓

**INVOICE DATE:** August 24, 2001

**INVOICE NUMBER:** 4665-1

Client No. 236
Client Neil D. Greenstein
Contact:
Address 55 S. Market Street, #1630
San Jose, CA 95113-0000
Phone: (408) 358-9140
Client File No.

Case No. CV99-12980DDP
Court United States District Court
Plaintiff Nissan Motor Co. Ltd
Defendant Nissan Computer Corporation

Documents:
Subpoena in a Civil Case, Exhibit A

| DESCRIPTION | SERVICES | CHARGES |
|---|---|---|
| Served: Custodian of Records for Lycos Mountain View at 850 N. Shoreline Blvd., Mountain View, CA . Documents: Subpoena in a Civil Case, Exhibit A<br><br>Server: Richard Barrett<br><br>Date Served: August 22, 2001<br><br>Time Served: 03:50 pm | Serve<br>Rush | 38.50<br>20.00 |
| | INVOICE TOTAL | $ 58.50 |

BInv

# Coast to Coast Legal Services

888 North First Street, 306
San Jose, CA 95112-0000
(408) 295-5015 Fax: (408) 283-7141
ID# 77-0277189

PAYABLES: ✓

✓

**INVOICE DATE:** August 24, 2001

**INVOICE NUMBER:** 4664-1

Client No. 236
Client Neil D. Greenstein
Contact:
Address 55 S. Market Street, #1630
San Jose, CA 95113-0000
Phone: (408) 358-9140
Client File No.

Case No. CV99-12980DDP
Court United States District Court
Plaintiff Nissan Motor Co. Ltd
Defendant Nissan Computer Corporation

Documents:
Subpoena in a Civil Case, Exhibit A

| DESCRIPTION | SERVICES | CHARGES |
|---|---|---|
| Served: Custodian of Records for Alta Vista at 1070 Arastradero Road, Palo Alto, CA . Documents: Subpoena in a Civil Case, Exhibit A<br><br>Server: Richard Barrett<br><br>Date Served: August 22, 2001<br><br>Time Served: 01:45 pm | Serve<br>Rush | 38.50<br>20.00 |
| | INVOICE TOTAL | $ 58.50 |

Binv

# Coast to Coast Legal Services

888 North First Street, 306
San Jose, CA 95112-0000
(408) 295-5015 Fax: (408) 283-7141
ID# 77-0277189

PAYABLES: ✓

**INVOICE DATE:** August 24, 2001

**INVOICE NUMBER:** 4663-1

Client No. 236
Client Neil D. Greenstein
Contact:
Address 55 S. Market Street, #1630
San Jose, CA 95113-0000
Phone: (408) 358-9140
Client File No.

Case No. CV99-12980DDP
Court United States District Court
Plaintiff Nissan Motor Co. Ltd
Defendant Nissan Computer Corporation

Documents:
Subpoena in a Civil Case, Exhibit A

| DESCRIPTION | SERVICES | CHARGES |
|---|---|---|
| Served: Custodian of Records for Microsoft Corporation at 1065 La Avenida, Mountain View, CA . Documents: Subpoena in a Civil Case, Exhibit A<br><br>Server: Richard Barrett<br><br>Date Served: August 22, 2001<br><br>Time Served: 03:45 pm | Serve<br>Rush | 38.50<br>20.00 |
| | INVOICE TOTAL | $ 58.50 |

BInv

# Coast to Coast Legal Services

888 North First Street, 306
San Jose, CA 95112-0000
(408) 295-5015 Fax: (408) 283-7141
ID# 77-0277189

PAYABLES: ✓

✓

**INVOICE DATE:** August 24, 2001 **INVOICE NUMBER:** 4660-1

Client No. 236
Client Neil D. Greenstein
Contact:
Address 55 S. Market Street, #1630
San Jose, CA 95113-0000
Phone: (408) 358-9140
Client File No.

Case No. CV99-12980DDP
Court United States District Court
Plaintiff Nissan Motor Co. Ltd
Defendant Nissan Computer Corporation

Documents:
Subpoena in a Civil Case, Exhibit A

| DESCRIPTION | SERVICES | CHARGES |
|---|---|---|
| Served: Custodian of Records for Yahoo! Inc., John Place agent for service at 701 First Avenue, Sunnyvale, CA . Documents: Subpoena in a Civil Case, Exhibit A<br><br>Server: Richard Barrett<br><br>Date Served: August 22, 2001<br><br>Time Served: 04:25 pm | Serve<br>Rush | 38.50<br>20.00 |
| | INVOICE TOTAL | $ 58.50 |

BInv

# Coast to Coast Legal Services

888 North First Street, 306
San Jose, CA 95112-0000
(408) 295-5015 Fax: (408) 283-7141
ID# 77-0277189

PAYABLES: ✓

✓

**INVOICE DATE:** August 24, 2001

**INVOICE NUMBER:** 4661-1

Client No. 236
Client Neil D. Greenstein
Contact:
Address 55 S. Market Street, #1630
San Jose, CA 95113-0000
Phone: (408) 358-9140
Client File No.

Case No. CV99-12980DDP
Court United States District Court
Plaintiff Nissan Motor Co. Ltd
Defendant Nissan Computer Corporation

Documents:
Subpoena in a Civil Case, Exhibit A

| DESCRIPTION | SERVICES | CHARGES |
|---|---|---|
| Served: Custodian of Records for Netscape Communications Corporation at 466 Ellis Street, Mountain View, CA . Documents: Subpoena in a Civil Case, Exhibit A<br><br>Server: Richard Barrett<br><br>Date Served: August 22, 2001<br><br>Time Served: 04:10 pm | Serve<br>Rush | 38.50<br>20.00 |
| | INVOICE TOTAL | $ 58.50 |

BInv

# Coast to Coast Legal Services

888 North First Street, 306
San Jose, CA 95112-0000
(408) 295-5015 Fax: (408) 283-7141
ID# 77-0277189

PAYABLES: ✓

✓

**INVOICE DATE:** August 24, 2001

**INVOICE NUMBER:** 4662-1

Client No. 236
Client Neil D. Greenstein
Contact:
Address 55 S. Market Street, #1630
San Jose, CA 95113-0000
Phone: (408) 358-9140
Client File No.

Case No. CV99-12980DDP
Court United States District Court
Plaintiff Nissan Motor Co. Ltd
Defendant Nissan Computer Corporation

Documents:
Subpoena in a Civil Case, Exhibit A

| DESCRIPTION | SERVICES | CHARGES |
|---|---|---|
| Served: Custodian of Records for At Home Corporation at 450 Broadway Street, Redwood City, CA 94063-0000. Documents: Subpoena in a Civil Case, Exhibit A<br><br>Server: Richard Barrett<br><br>Date Served: August 22, 2001<br><br>Time Served: 03:05 pm | Serve San Mateo County<br>Rush Other Counties | 55.00<br>30.00 |
| | INVOICE TOTAL | $ 85.00 |

Binv

HANSEN'S GUARANTEED PROCESS COMPANY
8607 IMPERIAL HIGHWAY
SUITE 206
Downey CA 90242
562 904-9460, FAX 562 904-9462
Federal Tax I.D. 95-4652772

| Aug. 29, 2001 | I N V O I C E | 9140.69306 |
|---|---|---|

TECHMARK
Attention: TASHA
55 SOUTH MARKET STREET
SIXTEENTH FLOOR
SAN JOSE, CA 95113

*Attorney File Number: NISSAN*

RE: CASE: NISSAN MOTOR CO., LTD., ET AL VS NISSAN COMPUTER CORPORATION
COURT: U. S. DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA, CASE # CV-99-12980DDP(MCX)
DOCUMENTS: SUBPOENA IN A CIVIL CASE

| Date | Services Provided | Amount |
|---|---|---|
| 08/27/2001 11:05AM | RE: CUSTODIAN OF RECORDS GOTO.COM By serving CARMEN ARENAL-LEGAL DEPT. at business - ANDREW MANSFIELD, ESQ. 74 N. PASADENA AVE PASADENA CA 91103, Served by ALLEN GRAZIANO | |
| 08/27/2001 | RUSH | 24.00 |
| 08/27/2001 | PROCESS SERVICE(2) | 35.00 |
| | **PLEASE PAY THIS AMOUNT ► ► ► ► ► ►** | **$59.00** |

************NEXT COURT HOLIDAY IS LABOR DAY MONDAY SEPT. 3RD 2001********
***REFERENCE TO INVOICE NUMBER ASSURES PROPER CREDITING OF YOUR PAYMENT***
*********THANK YOU FOR SELECTING HANSEN'S GUARANTEED PROCESS*********

PAYABLES: ✓

# INVOICE

**RAPID SERVE**
210 Fell Street, # 19
San Francisco, CA 94102
(415) 882-2266 FAX:(415) 882-2277
plsrapid@cwnet.com

| Customer | Date | Invoice |
|---|---|---|
| 2802233 | 08/24/01 | 00023619-01 |

✓

**Bill To:**

NEIL D. GREENSTEIN
TECHMARK TRADEMARK & INTELLECTUAL PROP. LAW
55 SOUTH MARKET ST., 16TH FL.
SAN JOSE, CA 95113

**Ordered By:**

TASHA L. KOLIPINSKI
TECHMARK
55 SOUTH MARKET ST., 16TH FL.
SAN JOSE, CA 95113

**Case Information:** NISSAN MOTOR vs. NISSAN COMPUTER CD CAL CV-99-12980

**Location:**
**Re:** NBC INTERNET, INC.
**Firm's File Number:**
**Claim Number:**

| Description | Units | Rate | Amount | Tax |
|---|---|---|---|---|
| Regarding: NBC INTERNET, INC. at 225 BUSH ST, 20TH FL., SAN FRANCISCO CA 0. DOCUMENTS: Subpena; | | | | |
| SERVICE FEE | 1 | 34.50 | 34.50 | |
| RUSH | 1 | 25.00 | 25.00 | |

**REMARKS:**

59.50

$ **59.50**

Bill to:

NEIL D. GREENSTEIN
TECHMARK TRADEMARK & INTELLECTUAL PROP. LAW
55 SOUTH MARKET ST., 16TH FL.
SAN JOSE, CA 95113

| Customer | Date | Invoice |
|---|---|---|
| 2802233 | 08/24/01 | 00023619-01 |

$ **59.50**

**Return to: RAPID SERVE, 210 Fell Street, # 19, San Francisco, CA 94102, (415) 882-2266 (415) 882-2277**

INVOICE DUE AND PAYABLE UPON RECEIPT. ACCOUNTS 30 DAYS OR MORE PAST DUE SUBJECT TO SERVICE CHARGE OF 1 1/2% PER MONTH (18% APR).

**Allstate Process Servers**
**P.O. Box 557**
**Revere, MA 02151-0005**
**(781) 286-4401**

*************
* INVOICE *
*************

INVOICE #: 47413
DATE.....: 09/14/01
PAGE.....: 1

BILL TO:

**F.I.D.# 04-3338368**

TechMark
Attn: Martin R. Greenstein, Esq.
55 South Market St., 16th. Fl.
San Jose, CA 95113

| DESCRIPTION | AMOUNT |
| --- | --- |

**JOB NUMBER:** 83098 **PLAINTIFF:** Nissan Motor Co. **DEFENDENT:** Nissan Computer
**SERVICE TYPE:** Deposition Subpoena **CASE NO:** 99-CV-12980 MCX

**SERVE:** Prime Communications, Inc. Wakefield MA
**ACCEPTED BY:** Donna Reid, Cont **DATE:** 09/14/01 **TIME:** 1228pm **BY:** Hans Viertel

| | |
| --- | --- |
| SERVICE | 50.00 |
| WITNESS FEE | 40.00 |
| ADVANCE FEE | 4.00 |
| DILIGENCE | 25.00 |

---

To ensure proper credit please include our invoice number on your check.
All bills payable within 10 working days.

**BALANCE DUE:** 119.00

HANSEN'S GUARANTEED PROCESS COMPANY
8607 IMPERIAL HIGHWAY
SUITE 206
Downey CA 90242
562 904-9460, FAX 562 904-9462
Federal Tax I.D. 95-4652772

| Sep. 17, 2001 | I N V O I C E | 9140.70017 |
|---|---|---|

TECHMARK
55 SOUTH MARKET STREET
SIXTEENTH FLOOR
SAN JOSE, CA 95113

**RE:** **CASE: NISSAN MOTOR CO., LTD., ET AL VS NISSAN COMPUTER CORPORATION**
**COURT: U. S. DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA, CASE # C.D.CAL-CV99-12980DDP(MCX)**
**DOCUMENTS: SUBPOENA IN A CIVIL CASE - EXHIBIT A**

| Date | Services Provided | Amount |
|---|---|---|
| 09/14/2001 09:19AM | RE: CUSTODIAN OF RECORDS ULTIMATEEMAIL.COM INC. By serving KIM VASQUEZ- CUSTODIAN OF RECORDS at business - 222 WEST WALNUT AVE EL SEGUNDO CA 90245, Served by RICH WILSON C.C.P.S. | |
| 09/14/2001 | LOCAL DAYTIME RUSH (FILING OR SERVICE NO WAITING TIME) | 36.00 |
| 09/14/2001 | WITNESS FEES ADVANCED [CCP 2020(f), EC 1563(b)(1) OR (6)] | 40.00 |
| 09/14/2001 | CHECK CHARGE | 4.00 |
| | **PLEASE PAY THIS AMOUNT ► ► ► ► ► ►** | **$80.00** |

****************NEXT COURT HOLIDAY IS COLUMBUS DAY MON. OCT. 8TH 2001*******
**REFERENCE TO INVOICE NUMBER ASSURES PROPER CREDITING OF YOUR PAYMENT**
********THANK YOU FOR SELECTING HANSEN'S GUARANTEED PROCESS********

HANSEN'S GUARANTEED PROCESS COMPANY
8607 IMPERIAL HIGHWAY
SUITE 206
Downey CA 90242
562 904-9460, FAX 562 904-9462
Federal Tax I.D. 95-4652772

| Sep. 17, 2001 | I N V O I C E | 9140.70016 |
|---|---|---|

TECHMARK
55 SOUTH MARKET STREET
SIXTEENTH FLOOR
SAN JOSE, CA 95113

RE: CASE: NISSAN MOTOR CO., LTD., ET AL VS NISSAN COMPUTER CORPORATION
COURT: U. S. DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA, CASE # C.D.CAL-CV99-12980DDP(MCX)
DOCUMENTS: SUBPOENA IN A CIVIL CASE - EXHIBIT A

| Date | Services Provided | Amount |
|---|---|---|
| 09/14/2001 11:50AM | RE: MARK JUDAKEN/NISSAN WOODWORKS, INC. By serving party in item 2.a. at business - 2150 W. WASHINGTON BLVD. LOS ANGELES CA, Served by RICH WILSON C.C.P.S. | |
| 09/14/2001 | LOCAL DAYTIME RUSH (FILING OR SERVICE NO WAITING TIME) | 36.00 |
| 09/14/2001 | WITNESS FEES ADVANCED [CCP 2020(f), EC 1563(b)(1) OR (6)] | 40.00 |
| 09/14/2001 | CHECK CHARGE | 4.00 |
| | **PLEASE PAY THIS AMOUNT ▶ ▶ ▶ ▶ ▶ ▶** | **$80.00** |

***********NEXT COURT HOLIDAY IS COLUMBUS DAY MON. OCT. 8TH 2001*******
**REFERENCE TO INVOICE NUMBER ASSURES PROPER CREDITING OF YOUR PAYMENT**
********THANK YOU FOR SELECTING HANSEN'S GUARANTEED PROCESS********

serve-em.com

## Receipt Confirmation and Invoice

**From:** Processing Center
Tel: 800.737.8336
Fax: 888.737.8336

**To:** Tasha Kolipinski
Tech Mark
**Street:** 55 S. Market St., 16th Floor
San Jose, CA 95113
**Fax:** 408.358.9240
**Voice:** 408.280.2226

**Date:** Sep 14, 2001

**Through:** Custodian of Records, Nissan Clayton Insurance Agency
**Address:** 29900 Harper Ave., #C
St. Clair Shores, MI 48082
**Phone:** Unknown
**Alternate:** Unknown

**Notes:**
As you discussed earlier with Pat Barron, please fax us your check on Monday 09/17/01 for $138, which represents our service fee of $98 and your witness fee of $40. Thank you.

**Paper:** 2001083034
**Fee:** $98.00
**Cost:** $40.00
**Paid:** $0.00
**Balance:** $138.00 Due upon Receipt
**Ref. No:** C.D. Cal. -- CV-99-12980 DDP (Mcx)
**Expeditor:** Eric Lachance
**Court:** United States District Court for the Eastern District of Michigan
**Case:** C.D. Cal. -- CV-99-12980 DDP (Mcx)
**Style:** Nissan Motor Co., Ltd., et al.
Plaintiff(s)
-vs-
Nissan Computer Corporation
Defendant(s)
**Writ:** Subpoena in a Civil Case with Exhibit A
**Services:** Serve
**Priority:** Routine
**Target:** Custodian of Records, Nissan Clayton Insurance Agency
**Address:** 29900 Harper Ave., #C
St. Clair Shores, MI 48082
**Phone:** Unknown

Thank you for choosing ***serve-em.com*** to expedite your civil service of process request. You will receive an event notification in this form, upon any change of status or problem, and upon successful service of this paper. Proof of service in the appropriate form for the originating jurisdiction will be prepared, executed, and returned to you by overnight courier.

Additionally, you may visit ***www.serve-em.com*** to check the status of your paper by entering the tracking number **2001083034** in the track box.

Please, do not hesitate to call us at ***1-800-SERVE-EM*** **(737-8336)** should you have any further questions.

***Accountable Inter-Jurisdictional Process Service***

606 N. Olive Ave 2ND Fl.
W. Palm Beach, FL 33401

TechMark

| | | | |
|---|---|---|---|
| Hansen's Guaranteed Process Company | | 3/9/2002 | 9965 |
| Outside Svcs:Process Server/NDG | Nissan: Srv Wlm Esty Co w/Sub | | 35.00 |

Dean Witter AAA - Chec 35.00

TechMark

| | | | |
|---|---|---|---|
| Hansen's Guaranteed Process Company | | 3/9/2002 | 9965 |
| Outside Svcs:Process Server/NDG | Nissan: Srv Wlm Esty Co w/Sub | | 35.00 |

Dean Witter AAA - Chec 35.00

PRODUCT 8208 USE WITH 8378 DU-O-VUE ENVELOPE.
NEBS, INC., GROTON, MA 01471. TO REORDER PHONE 1-800-225-9550.

HANSEN'S GUARANTEED PROCESS COMPANY
8607 IMPERIAL HIGHWAY
SUITE 206
Downey CA 90242
562 904-9460, FAX 562 904-9462
Federal Tax I.D. 95-4652772

| Mar. 18, 2002 | I N V O I C E | 9140.76322 |
|---|---|---|

TECHMARK
Attention: TASHA
55 SOUTH MARKET STREET
SIXTEENTH FLOOR
SAN JOSE, CA 95113

*Attorney File Number: 5417-001*

RE: CASE: NISSAN MOTOR CO. VS NISSAN COMPUTER CORP.
COURT: U. S. DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA, CASE # C.D.CAL.-CV-99-12980DDP (M
DOCUMENTS: SUBPOENA IN A CIVIL CASE - EXHIBITS.

| Date | Services Provided | Amount |
|---|---|---|
| 03/11/2002 | Deposit | -35.00 |
| 03/15/2002 10:40AM | RE: TBWA CHIAT/DAY INC. By serving KATHLEEN HAWKINS- CUSTODIAN OF RECORDS at business - 5353 GROSVENOR BLVD. LOS ANGELES CA 90066, Served by RICH WILSON C.C.P.S. | |
| 03/15/2002 | PROCESS SERVICE(2) | 35.00 |
| | **PLEASE PAY THIS AMOUNT ► ► ► ► ► ►** | **$.00** |

********NEXT COURT HOLIDAY IS MONDAY APRIL 1ST CESAR CHAVEZ DAY**********
***REFERENCE TO INVOICE NUMBER ASSURES PROPER CREDITING OF YOUR PAYMENT***
*********THANK YOU FOR SELECTING HANSEN'S GUARANTEED PROCESS*********

PAYABLES: ✓

# INVOICE

**RAPID SERVE**
210 Fell Street, # 19
San Francisco, CA 94102
(415) 882-2266 FAX:(415) 882-2277
plsrapid@cwnet.com

| Customer | Date | Invoice # |
|---|---|---|
| 2802233 | 03/27/02 | 00025408-01 |

**Bill To:**

NEIL D. GREENSTEIN
TECHMARK TRADEMARK & INTELLECTUAL PROP. LAW
55 SOUTH MARKET ST., 16TH FL.
SAN JOSE, CA 95113

**Ordered By:**

TASHA L. KOLIPINSKI
TECHMARK
55 SOUTH MARKET ST., 16TH FL.
SAN JOSE, CA 95113

**Case Information:** NISSAN
vs. NISSAN
CV-99-12980 DDP MCX

**Location:**
**Re:** LANDOR ASSOCIATES INTERNATION
**Firm's File Number:** NOT GIVEN
**Claim Number:**

| Description | Units | Rate | Amount | Tax |
|---|---|---|---|---|
| Regarding: LANDOR ASSOCIATES INTERNATIONAL LTD. at 1001 FRONT ST., SAN FRANCISCO CA 94111. DOCUMENTS: Civil Subpena; | | | | |
| SERVICE FEE | 1 | 34.50 | 34.50 | |
| RUSH | 1 | 25.00 | 25.00 | |

**REMARKS:**

59.50

$ **59.50**

Bill to:

NEIL D. GREENSTEIN
TECHMARK TRADEMARK & INTELLECTUAL PROP. LAW
55 SOUTH MARKET ST., 16TH FL.
SAN JOSE, CA 95113

| Customer | Date | Invoice |
|---|---|---|
| 2802233 | 03/27/02 | 00025408-01 |

$ **59.50**

**Return to: RAPID SERVE, 210 Fell Street, # 19, San Francisco, CA 94102, (415) 882-2266 (415) 882-2277**

INVOICE DUE AND PAYABLE UPON RECEIPT. ACCOUNTS 30 DAYS OR MORE PAST DUE SUBJECT TO SERVICE CHARGE OF 1 1/2% PER MONTH (18% APR).

HANSEN'S GUARANTEED PROCESS COMPANY, INC

TECHMARK
1917 PALOMAR OAKS WAY
SUITE 300
CARLSBAD CA 92008

FC 408-280-2250

| Monday March 05, 2007 | ***INVOICE*** | 9140.10373 |
|---|---|---|

Case #: CV-99-12980DDP(MCX)
Court: U. S. DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
Title: NISSAN MOTOR CO., LTD., ET AL vs. NISSAN COMPUTER CORPORATION, ET AL
Documents: SUBPOENA IN A CIVIL CASE; EXHIBIT A; EXHIBIT B

| Date | Description | Amount |
|---|---|---|
| 03/02/07 10:55AM | Personal Service TBWA/CHIAT/DAY, AT Business 5353 GROSVENOR BLVD. LOS ANGELES CA 90066, by serving: CAROL MADONNA-DIRECTOR OF OFFICE SERVICES, Served By: GARY HANSEN C.C.P.S. | |
| 03/01/07 | DEPOSIT Check Number: 1319, Thank You! | -77.00 |
| 03/02/07 | RUSH SERVICE OF DOCUMENT- SERVICE COMPLETE | 77.00 |

**PLEASE PAY FROM THIS INVOICE. PLEASE REFER TO INVOICE NUMBERS WHEN MAKING A PAYMENT** **$0.00**

9530 IMPERIAL HWY. SUITE D DOWNEY, CA 90242
Telephone: (562)803-6400, FAX: (562)803-6456, Tax ID: 95-4652772

760-931-1155

# HANSEN'S GUARANTEED PROCESS COMPANY, INC

TECHMARK
1917 PALOMAR OAKS WAY
SUITE 300
CARLSBAD CA 92008

Attn: Sherrie

| Friday March 16, 2007 | *INVOICE* | 9140.10706 |
|---|---|---|

Case #: CV-99-12980-DDP(MCX)
Court: U. S. DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
Title: NISSAN MATOR CORP., LTD., ET AL vs. NISAN COMPUTER CORP.
Documents: SUBPOENA IN A CIVIL CASE; EXHIBIT A

| Date | Description | Amount |
|---|---|---|
| 03/15/07 03:55PM | Personal Service MARK JUDAKEN, AT Business NISSAN WOODWORKS 2150 WEST WASHINGTON BLVD. LOS ANGELES CA 90018 party in item 3.a., Served By: FREDY ESCOBAR | |
| 03/15/07 | PROCESS SERVICE | 53.00 |

**PLEASE PAY FROM THIS INVOICE. PLEASE REFER TO INVOICE NUMBERS WHEN MAKING A PAYMENT** **$53.00**

HANSEN'S GUARANTEED PROCESS COMPANY

# HANSEN'S GUARANTEED PROCESS COMPANY, INC

TECHMARK
1917 PALOMAR OAKS WAY
SUITE 300
CARLSBAD CA 92008

| Monday March 19, 2007 | ***INVOICE*** | 9140.10735 |
|---|---|---|

Case #: CV-99-12980DDP(MCX)
Court: U. S. DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
Title: NISSAN MOTOR CO., LTD., ET AL vs. NISSAN COMPUTER CORPORATION, ET AL
Documents: SUBPOENA IN A CIVIL CASE; EXHIBIT A.

| Date | Description | Amount |
|---|---|---|
| 03/16/07 01:00PM | Returned Not Served NEJATOLLAH NEISSAN, AT Business NISSAN FABRIC & TEXTILE 750 EAST 8TH STREET LOS ANGELES CA 90021 party in item 3.a., Returned By: GARY HANSEN C.C.P.S. | |
| 03/16/07 | SUBJECT MOVED FROM GIVEN ADDRESS | 53.00 |
| 03/16/07 | RUSH | 24.00 |
| 03/16/07 | TEMP GAS SURCHARGE $3.00 | 3.00 |

**PLEASE PAY FROM THIS INVOICE. PLEASE REFER TO INVOICE NUMBERS WHEN MAKING A PAYMENT** **$80.00**

9530 IMPERIAL HWY. SUITE D DOWNEY, CA 90242
Telephone: (562)803-6400, FAX: (562)803-6456, Tax ID: 95-4652772

LEGALINK

Combs & Greenley, Inc.
Chamberlin & Associates
AbA Reporters

Northern California Center
601 Van Ness Avenue, Suite 2052 San Francisco, CA 94102
Billing Inquiries: 800-869-9132
www.deposition.com

# COURT REPORTING INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 232867 | 04/16/01 | 01-104573 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 04/03/01 | HERNJA | 9912980 |

**CASE CAPTION**

Nissan Motor vs. Nissan Computer

**TERMS**

Due upon receipt

Robert M. Vantress
TechMark
55 S. Market Street, 16th Floor
San Jose, CA 95113

1 COPY OF TRANSCRIPT OF:
Victor Fayed 468.20

=========

T O T A L D U E >>>> 468.20

Thank You. Your business is appreciated.

TAX ID NO.: 94-2288855

(408) 280-2229

Please detach and return this portion with your payment

Robert M. Vantress
TechMark
55 S. Market Street,
16th Floor
San Jose, CA 95113

Invoice No.: 232867
Date : 04/16/01
**TOTAL DUE : 468.20**

Job No. : 01-104573
Case No. : 9912980
Nissan Motor vs. Nissan Computer

Remit To: **Combs & Greenley, Inc.**
**601 Van Ness Avenue Suite 2052**
**San Francisco, CA 94102**

Received: 06.May.01 01:21 PM From: UnknownSender To: 4089045907 Get faxes by email. Free. eFax.com Page: 1 of 1

MAY-06-2001 12:32 P.01

**Just for the Record, Inc.**
3001 N.W. 29th Road
Boca Raton, FL 33431
EIN: 65-0598348
(561) 999-0900 f: (561) 999-0901

# Invoice

Number: **2155**

Date: **May 07, 2001**

**Bill To:**

Neil D. Greenstein, Esquire
Techmark
55 S. Market Street
16th Floor
San Jose, CA 95113

**Case:**

Nissan Motor vs. Nissan Computer

**Reporter:**

Lisa Pierce

| Date | Description | Amount |
|---|---|---|
| 4-20-2001 | Deposition of Ron Benjamin | |
| | Attendance of reporter | 60.00 |
| | Transcript, Org. & 1 cc., 55 ppgs. | 206.25 |
| | Mini, Index, ASCII | 20.00 |
| | Exhibits, 54 ppgs. | 27.00 |
| | Delivery | 10.00 |
| | **Total** | **$323.25** |

faxed 5-6-01 f: 408-358-9210

TOTAL P.01

VERITEXT
National Deposition & Litigation Services
BETTER IN EVERY CASE

1350 Broadway
Suite 1407
New York, NY 10018

200 Old Country Road
Suite 580
Mineola, NY 11501

516.608.2400
212.267.6868
fax 516.608.2450

February 19, 2008

ATTN: Cherie Parker
TECHMARK
1917 Palomar Oaks Way, Ste. 300
Carlsbad, CA 92008

**RE: Payment Confirmation**
***Nissan Motor v. Nissan Computer***

Dear Ms. Parker:

This letter will confirm that Veritext New York Reporting received payment of the following invoices as indicated:

Invoice: 42441
Invoice Date: 4/30/01
EBT Date: 4/27/01
Witness: Mehcyzadeh, Samual
Amount: $247.65
Payment Date: 5/11/01
Payment Method: Credit Card

Invoice: 44066
Invoice Date: 5/23/01
EBT Date: 4/27/01
Witness: Nissan, Alfred
Amount: $313.75
Payment Date: 5/24/01
Payment Method: Credit Card

Please contact me directly at (516) 608-2426 should you have any further questions in this matter.

Very truly yours,

Donna Landers-George

Donna J. Landers-George
Credit/Collections Manager

Enclosure

Dokich Court Reporters, Inc.

881 Dover Drive, Suite 250
Newport Beach, CA 92663
(949) 574-8900* (800) 720-9679
Fax (949) 574-8908

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 5/10/2001 | 14124A |

| BILL TO | CASE NAME |
|---|---|
| TECHMARK<br>TRADEMARK & INTELLECTUAL PROPERTY LAW<br>55 S. MARKET STREET, 16TH FLOOR<br>SAN JOSE, CA 95113<br>ATTN: NEIL D GREENSTEIN, ESQ | NISSAN MOTOR CO., LTD<br>VS<br>NISSAN COMPUTER CORP.<br><br>ATTY: NEIL D GREENSTEIN, ESQ |

| JOB # | TERMS | DATE DUE | JOB DATE | WITNESS | REPORTER |
|---|---|---|---|---|---|
| 01-0369-45 | Due on receipt | 5/10/2001 | 5/1/2001 | NISSAN, UZI 05/01/01-45 | RAVIZE |

| DESCRIPTION | AMOUNT |
|---|---|
| ONE CERTIFIED COPY | 590.90 |
| EXHIBITS | 38.25 |
| ASCII DISK - NO CHARGE | |
| CONDENSED TRANSCRIPT - NO CHARGE | |
| KEY-WORD INDEX - NO CHARGE | |

Thank you for using Dokich Court Reporting, Inc.
Tax ID# 33-0745559

**Total** $629.15

All invoices over 30 days past due will be subject to a finance charge of 1.5% per month.

**Dokich Court Reporters, Inc.**

881 Dover Drive, Suite 250
Newport Beach, CA 92663
(949) 574-8900* (800) 720-9679
Fax (949) 574-8908

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 5/11/2001 | 14125A |

**BILL TO**

TECHMARK
TRADEMARK & INTELLECTUAL PROPERTY LAW
55 S. MARKET STREET, 16TH FLOOR
SAN JOSE, CA 95113
ATTN: ROBERT M VANTRESS, ESQ

**CASE NAME**

NISSAN MOTOR CO., LTD
VS
NISSAN COMPUTER CORP.

ATTY: NEIL D GREENSTEIN, ESQ

| JOB # | TERMS | DATE DUE | JOB DATE | WITNESS | REPORTER |
|---|---|---|---|---|---|
| 01-0379-45 | Due on receipt | 5/11/2001 | 5/2/2001 | NISSAN, UZI 05/02/01-45 | RAVIZE |

| DESCRIPTION | AMOUNT |
|---|---|
| ONE CERTIFIED COPY | 275.55 |
| EXHIBITS | 21.60 |
| ASCII DISK - NO CHARGE | |
| CONDENSED TRANSCRIPT - NO CHARGE | |
| KEY-WORD INDEX - NO CHARGE | |
| Thank you for using Dokich Court Reporting, Inc. Tax ID# 33-0745559 | **Total** $297.15 |

All invoices over 30 days past due will be subject to a finance charge of 1.5% per month.

PAYABLES: ✓

✓

Please Remit payment To:
Robinson Reporting Service
810 Maranon
Houston, Texas 77090-1310
281-580-6223 § Fax 281-895-9129
Tax ID No. 463728563

**Mr. Neil D. Greenstein**
**TechMark**
**55 South Market Street**
**Sixteenth Floor**
**San Jose, California 95113**

**INVOICE NUMBER:** 2-01-062
**INVOICE DATE:** 05/22/01
**DUE DATE:** DUE UPON RECEIPT

# INVOICE

**04/25/2001 DEPOSITION OF: SHUICHIRO DOBASHI**

RE: NO. CV 99-12980 DDP

NISSAN MOTOR CO., LTD.

VS.

NISSAN COMPUTER CORPORATION

ORIGINAL AND ONE COPY OF TRANSCRIPT WITH EXHIBITS, ONE ASCII DISKETTE AND ONE COMPRESSED PRINT WITH ALL-WORD INDEX

***TOTAL $ 657.75***

**THANK YOU AND WE APPRECIATE YOUR BUSINESS**
**PLEASE REMIT ONE COPY FOR PROPER CREDIT**

PAYABLES ✓

AFFILIATED REPORTING TECHNOLOGY, INC.
Court Reporters

650 Poydras St. • Suite 2610
New Orleans, LA 70130
Off. (504) 568-9111
FAX (504) 568-9110
Toll Free (800) 745-3747

**Bill To:**

THOMAS G. BLOMBERT, ESQ.
TECHMARK
55 SOUTH MARKET STREET
SUITE 1630
SAN JOSE, CA 95113

**INVOICE**

6838

| DATE | CLIENT |
|---|---|
| 06/11/2001 | 2257 |

Terms: Payable upon receipt

Re: NISSAN MOTOR CO. VS NISSAN COMPUTER CORPORATION
Assignment Date: June 04, 2001

O&1 DEPOSITION OF NISSAN ZAHAVI

| | | |
|---|---|---|
| Total Amount | $ | 431.20 |
| Less Paid To Date | $ | 0.00 |
| Total due | $ | 431.20 |

EBS 23616
THANK YOU FOR YOUR BUSINESS.

Please Make Checks Payable To:
Affiliated Reporting Technology, Inc.
Federal Tax Id#: 72-1158049

CLIENT COPY

PAYABLES: ✓

**Dokich Court Reporters, Inc.**

881 Dover Drive, Suite 250
Newport Beach, CA 92663
(949) 574-8900* (800) 720-9679
Fax (949) 574-8908

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 7/23/2001 | 14417 |

| BILL TO | CASE NAME |
|---|---|
| TECHMARK<br>TRADEMARK & INTELLECTUAL PROPERTY LAW<br>55 S. MARKET STREET.16TH FLOOR<br>SAN JOSE, CA 95113<br>ATTN: ROBERT M VANTRESS, ESQ | NISSAN MOTOR CO., LTD<br>VS<br>NISSAN COMPUTER CORP.<br><br>ATTY: NEIL D GREENSTEIN, ESQ |

| JOB # | TERMS | DATE DUE | JOB DATE | WITNESS | REPORTER |
|---|---|---|---|---|---|
| 01-0631-45 | Due on receipt | 7/23/2001 | 7/12/2001 | CARAS, RHEA V.1 07/12/01-45 | RAVIZE |

| DESCRIPTION | AMOUNT |
|---|---|
| ORIGINAL & ONE CERTIFIED COPY | 930.50 |
| EXHIBITS | 16.65 |
| LIVE NOTE | 100.00 |
| ASCII DISK - NO CHARGE | |
| CONDENSED TRANSCRIPT - NO CHARGE | |
| KEY-WORD INDEX - NO CHARGE | |

Thank you for using Dokich Court Reporting, Inc.
Tax ID# 33-0745559

**Total** $1,047.15

All invoices over 30 days past due will be subject to a finance charge of 1.5% per month.

TechMark

| | | | | |
|---|---|---|---|---|
| Beth Zaccaro | | | | 9631 |
| Outside Svcs:LitigSupport/NDG | 7/23/01 Hearings | | 8/9/2001 | 120.00 |
| Dean Witter AAA - Chec | Nissan Motor v. Nissan Computer | | | 120.00 |

TechMark

| | | | | |
|---|---|---|---|---|
| Beth Zaccaro | | | | 9631 |
| Outside Svcs:LitigSupport/NDG | 7/23/01 Hearings | | 8/9/2001 | 120.00 |
| Dean Witter AAA - Chec | Nissan Motor v. Nissan Computer | | | 120.00 |

PRODUCT 9209 USE WITH 9379 DU-O-VUE ENVELOPE.
NEBS, INC., GROTON, MA 01471. TO REORDER PHONE 1-800-225-9550.

Precise Reporting Service, P.C.
312 West Randolph Street
Suite 550
Chicago, IL 60606
(312) 704-1682 Fax (312) 704-1687

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 27519 *** | 08/16/2001 | 01-16300 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 08/03/2001 | BARNVA | CV9912980DDP |

**CASE CAPTION**

Nissan Motor vs. Nissan Computer

**TERMS**

COD

Mr. Martin R. Greenstein
TechMark
Market Post Tower
55 South Market Street 16th Floor
San Jose, CA 95113

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
Robert Wagner

| | | |
|---|---|---|
| | 131 Pages | 681.20 |
| REPORTER ATTENDANCE | 5.00 Hours | 170.00 |
| ASCII | | 35.00 |
| CONDENSED TRANSCRIPT | | 40.00 |
| FEDEX | | 40.00 |
| | TOTAL DUE >>>> | 966.20 |
| | AFTER 9/15/01 PAY | 985.52 |

See our new feature on our website.

Please leave your comments under

"Testimonials" at www.precisers.com.

PAID

TAX ID NO.: 36-3622864

(408) 358-9140

*Please detach and return this portion with your payment*

TechMark

| | | | |
|---|---|---|---|
| Beth Zaccaro | | 8/21/2001 | 9657 |
| Outside Svcs:LitigSupport/NDG | 7/23/01 Hearings -- ASCII Disk | | 30.75 |

PAYABLES: ✓

✓

| | | |
|---|---|---|
| Dean Witter AAA - Chec | Nissan Motor v. Nissan Computer | 30.75 |

TechMark

| | | | |
|---|---|---|---|
| Beth Zaccaro | | 8/21/2001 | 9657 |
| Outside Svcs:LitigSupport/NDG | 7/23/01 Hearings -- ASCII Disk | | 30.75 |

| | | |
|---|---|---|
| Dean Witter AAA - Chec | Nissan Motor v. Nissan Computer | 30.75 |

PRODUCT 9209 USE WITH 9379 DU-O-VUE ENVELOPE.
NEBS, INC., GROTON, MA 01471. TO REORDER PHONE 1-800-225-9550

Kramer Court Reporting Service
137 S. Robertson Boulevard, Suite 255
Beverly Hills, CA 90211

# Invoice 1035

Date 9/6/2001

**Bill To**

Techmark
Thomas G. Blomberg, Esq.
55 South Market Street
Suite 1630
San Jose, Ca. 95113

NISSAN - ~~JEWELERS~~ FABRIC

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| Transcript for Deposition of Nejatollah Neissani, Case No. CV-99-12980 DDP (Mcx) taken on August 24, 2001 in the case of Nissan Motor Co., et al., v. Nissan Computer Corp. | 37 | 5.15 | 190.55 |
| Exhibits | 17 | 0.50 | 8.50 |
| Condensed Transcript | | 25.00 | 25.00 |

| | |
|---|---|
| **Terms** | |
| **Total** | $224.05 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $224.05 |

*Thank you for your business.*

HUTCHINGS℠ COURT REPORTERS, LLC
CSR 649

GLOBAL LEGAL SERVICES

*We Appreciate Your Business*

MAIL PAYMENT TO
P.O. Box 910924
Los Angeles, California 90091-0924

**800.697.3210**
Fax: 323.888.6333
www.hutchings.com

**TO ENSURE PROPER CREDIT, INDICATE OUR INVOICE NO. ON YOUR REMITTANCE**

FEDERAL ID# 95-2113145

PAYABLES: ✓

TECHMARK
Attn: THOMAS BLOMBERG
55 SOUTH MARKET STREET
16TH FLOOR
SAN JOSE, CA 95113

INVOICE DATE: 10/26/2001
INVOICE NUMBER: 252237
CLIENT NUMBER: 20381
JOB NUMBER: 01-16132-QX

---

Re: NISSAN MOTOR COMPANY NISSAN COMPUTER CORPORATION
Assignment Date: September 25, 2001

DEPOSITION OF CLAYTON DEREK NISSAN

| | |
|---|---|
| ORIGINAL AND ONE COPY | 73.20 |
| EXHIBITS | 1.40 |
| HANDLING CHARGE | 35.00 |
| HOURLY REPORTER RATE | 20.00 |
| | ========== |
| Total Amount $ | 129.60 |
| Interest $ | 0.00 |
| Less Paid To Date $ | 0.00 |
| Total due $ | 129.60 |

TAKEN IN DETROIT, MI

HUTCHINGS COURT REPORTERS, LLC

**Terms: Net 30 days from invoice date.**
If you dispute any part of this invoice or have any questions, please respond in writing within 30 days from invoice date.
***We are pleased to provide a complimentary compressed transcript and word index with your order. ($35.00 value)***

# INVOICE

spherion

ATTN.: NEIL D. GREENSTEIN, ESQ.
TECHMARK
55 SOUTH MARKET STREET
SIXTEENTH FLOOR
SAN JOSE, CA 95113

| Invoice # | Invoice Date |
|---|---|
| 4378015427 | 9/27/2001 |

**REMIT TO:**
P.O. Box 100186
Atlanta, GA 30384-0186

Firm ID: GREE55 Client Ref:

Please make check payable to: Spherion Corporation

| Job Number | Case Number | Case Name |
|---|---|---|
| 6748 | 9912980 | NISSAN MOTOR VS. NISSAN COMPUTER |

MONZOROLHAGH, NASSIR

Job Date(s): 9/11/2001

| | |
|---|---|
| ORIGINAL & TWO COPIES OF THE TRANSCRIPT (50 Pgs. @ 6.00 / PAGE )<br>*ONE COPY OF THE TRANSCRIPT DELIVERED TO ROBERT L. TUTTLE, ESQ. IN NEW YORK, NY* | $300.00 |
| APPEARANCE FEE: HALF DAY | $45.00 |
| EXHIBITS (3 Pgs. @ 0.60 / PAGE )<br>*2 SETS OF EXHIBIT @ $.30/PAGE INCLUDING 1 SET OF EXHIBIT FOR ROBERT L. TUTTLE, ESQ.* | $1.80 |
| ASCII DISKETTE - UNIT<br>*NO CHARGE* | $0.00 |
| CONDENSED TRANSCRIPT - UNIT<br>*NO CHARGE* | $0.00 |
| UPS CHARGES | $54.50 |

Total Sales Tax: **$0.00**

Total Amount Due: **$401.30**

## Due Upon Receipt

Please pay this amount: **$401.30**

**Service provided by: Spherion - Midtown**
(212) 490-3430
Spherion Corporation Federal Tax ID: 36-3536544

*v. 4.10.00*

**Bruce A. Tassan**
Tassan Law Firm
4143 North 27th Street
Arlington, Virginia 22207-5211
Fed ID #54-1937972

# Invoice

| DATE | INVOICE # |
|---|---|
| 10/9/2001 | 1215 |

PAYABLES: ✓

| BILL TO |
|---|
| Neil D. Greenstein, Esq.<br>TechMark<br>55 South Market Street<br>#1630<br>San Jose, CA 95113 |

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| | DISBURSEMENTS | |
| 9/27/2001 | Court Reporter - Depositions of Sequinot and Uppin - Nissan | 313.20 |
| 9/6/2001 | Parking - Deposition | 7.00 |
| | **Total** | $320.20 |

**Kramer Court Reporting Service**
137 S. Robertson Boulevard, Suite 255
Beverly Hills, CA 90211

| Date | Invoice |
|---|---|
| 9/28/2001 | 1046 |

PAYABLES: ✓

**Bill To**

Techmark
Thomas G. Blomberg, Esq.
55 South Market Street
Suite 1630
San Jose, Ca. 95113

✓

| Terms | Job # |
|---|---|
| | 270901NK |

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| Affidavit of Nonappearance in Re: Nissan Motor Co., Ltd v. Nissan Computer Corporation; Deponent: Mark Judaken | 1 | 120.00 | 120.00 |
| Waiting time between depositions | 2 | 35.00 | 70.00 |

*Tax I.D. No. 954879611*

| | |
|---|---|
| **Total** | $190.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $190.00 |

# INVOICE

spherion

ATTN.: NEIL D. GREENSTEIN, ESQ.
TECHMARK
55 SOUTH MARKET STREET
SIXTEENTH FLOOR
SAN JOSE, CA 95113

| Invoice # | Invoice Date |
|---|---|
| 4378015454 | 10/1/2001 |

**REMIT TO:**
P.O. Box 100186
Atlanta, GA 30384-0186

Firm ID: GREE55 Client Ref:

Please make check payable to: Spherion Corporation

| Job Number | Case Number | Case Name |
|---|---|---|
| 6730 | 9912980 | NISSAN MOTOR VS. NISSAN COMPUTER |

**NISSAN, EDMOND DAVID** **Job Date(s):** 9/10/2001

| | |
|---|---|
| ORIGINAL & ONE COPY OF THE TRANSCRIPT (62 Pgs. @ 5.80 / PAGE ) | $359.60 |
| APPEARANCE FEE: FULL DAY | $90.00 |
| EXHIBITS (2 Pgs. @ 0.30 / PAGE ) | $0.60 |
| ASCII DISKETTE - UNIT<br>*NO CHARGE* | $0.00 |
| CONDENSED TRANSCRIPT - UNIT<br>*NO CHARGE* | $0.00 |
| UPS CHARGES | $41.75 |

**MARCHIONE, SUSAN** **Job Date(s):** 9/10/2001

| | |
|---|---|
| ORIGINAL & ONE COPY OF THE TRANSCRIPT (125 Pgs. @ 5.80 / PAGE ) | $725.00 |
| EXHIBITS (34 Pgs. @ 0.30 / PAGE ) | $10.20 |
| ASCII DISKETTE - UNIT<br>*NO CHARGE* | $0.00 |
| CONDENSED TRANSCRIPT - UNIT<br>*NO CHARGE* | $0.00 |

**Due Upon Receipt**

**Service provided by: Spherion - Midtown**
(212) 490-3430
Spherion Corporation Federal Tax ID: 36-3536544

*v 4.10.00*

# INVOICE

spherion.

ATTN.: NEIL D. GREENSTEIN, ESQ.
TECHMARK
55 SOUTH MARKET STREET
SIXTEENTH FLOOR
SAN JOSE, CA 95113

| Invoice # | Invoice Date |
|---|---|
| 4378015454 | 10/1/2001 |

**REMIT TO:**
P.O. Box 100186
Atlanta, GA 30384-0186

Firm ID: GREE55 Client Ref:

Please make check payable to: Spherion Corporation

| Job Number | Case Number | Case Name |
|---|---|---|
| 6730 | 9912980 | NISSAN MOTOR VS. NISSAN COMPUTER |

Total Sales Tax: $0.00

Total Amount Due: $1,227.15

**Due Upon Receipt**

Please pay this amount: $1,227.15

**Service provided by: Spherion - Midtown**
(212) 490-3430
Spherion Corporation Federal Tax ID: 36-3536544

v. 4.10.00

**Kramer Court Reporting Service**
137 S. Robertson Boulevard, Suite 255
Beverly Hills, CA 90211
(310) 552-4558

| Date | Invoice |
|---|---|
| 11/8/2001 | 1067 |

PAYABLES: ✓

**Bill To**

Techmark
Neil Greenstein, Esq.
55 South Market Street
Suite 1630
San Jose, Ca. 95113

| Terms | Job # |
|---|---|
| Due on receipt | 161001NK |

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| Transcript for Deposition of Mark Judaken, Case No. CV-99-12980 DDP (Mcx) taken on October 16, 2001 in the case of Nissan Motor Co., et al., v. Nissan Computer Corp. | 48 | 5.15 | 247.20 |
| Color Copies (5pages) | 5 | 1.50 | 7.50 |
| Exhibits (10 pages) | 10 | 0.50 | 5.00 |
| Parking | | 7.00 | 7.00 |
| Delivery | | 35.00 | 35.00 |

*Tax I.D. No. 954879611*

| | |
|---|---|
| **Total** | $301.70 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $301.70 |

**Kramer Court Reporting Service**
137 S. Robertson Boulevard, Suite 255
Beverly Hills, CA 90211
(310) 552-4558

| Date | Invoice |
|---|---|
| 10/18/2001 | 1056 |

**Bill To**

Techmark
Thomas G. Blomberg, Esq.
55 South Market Street
Suite 1630
San Jose, Ca. 95113

✓ PAYABLES: ✓

ULTIMATE EMAIL.COM

| Terms | Job # |
|---|---|
| | |

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| Transcript for Deposition of Gordon Vasquez, Case No. CV-99-12980 DDP (Mcx) taken on September 27, 2001 in the case of Nissan Motor Co., et al., v. Nissan Computer Corp. | 51 | 5.15 | 262.65 |
| Exhibits | 46 | 0.50 | 23.00 |
| Parking | | 20.00 | 20.00 |
| Delivery | | 10.00 | 10.00 |

*Tax I.D. No. 954879611*

| | |
|---|---|
| **Total** | $315.65 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $315.65 |

✓ PAYABLES: ✓

ESQUIRE DEPOSITION SERVICES

**ESQUIRE DEPOSITION SERVICES -ELA**
6222 WILSHIRE BOULEVARD, SECOND FLOOR
LOS ANGELES, CA 90048
(800)640-2461 FAX(323)931-3016
Tax ID # 22-3779684

856611 BOSCS01

| INVOICE NUMBER | DATE |
|---|---|
| 101721ELA | 12/17/01 |

To: TECHMARK
55 SOUTH MARKET STREET
16TH FLOOR
SAN JOSE, CA 95113

ATTN : NEIL D. GREENSTEIN

Due upon receipt.

YOUR REFERENCE NUMBER: CV 99-12980 DDP

CAPTION: NISSAN VS. NISSAN

| | AMOUNT DUE | ENCL. |
|---|---|---|
| SERVICES PROVIDED ON 11/28/01: RONALD BUCKHAMMER | 791.95 | 1CC |
| SHIPPING & HANDLING | 30.00 | |
| LITIGATION SUPPORT PACKAGE | 15.00 | |
| EXHIBITS | 49.20 | |
| BALANCE DUE — TOTAL | 886.15 | |

*Thank You!*

**TERMS: SUBJECT TO LATE FEE IF NOT PAID WITHIN 45 DAYS**

Please detach and send with payment

✓PAYABLES:✓

B

ESQUIRE
DEPOSITION SERVICES

**ESQUIRE DEPOSITION SERVICES -ELA**
6222 WILSHIRE BOULEVARD, SECOND FLOOR
LOS ANGELES, CA 90048
(800)640-2461 FAX(323)931-3016
Tax ID # 22-3779684

856613 ESQUD22

| INVOICE NUMBER | DATE |
|---|---|
| 101859ELA | 12/20/01 |

To: GREENSTEIN LAW
55 SOUTH MARKET STREET
16TH FLOOR
SAN JOSE, CA 95113

ATTN : NEIL D. GREENSTEIN

Due upon receipt.

| | AMOUNT DUE | ENCL. |
|---|---|---|
| YOUR REFERENCE NUMBER: CV9912980DDP | | |
| CAPTION: NISSAN VS. NISSAN | | |
| SERVICES PROVIDED ON 11/30/01:<br>MIKE RAPPEPORT | 204.45 | 1CC |
| LITIGATION SUPPORT PACKAGE | 15.00 | |
| SHIPPING & HANDLING | 30.00 | |
| BALANCE DUE TOTAL | 249.45 | *Thank You!* |

**TERMS: SUBJECT TO LATE FEE IF NOT PAID WITHIN 45 DAYS**

Please detach and send with payment

PAYABLES: ✓

## Kramer Court Reporting Service

137 S. Robertson Boulevard, Suite 255
Beverly Hills, CA 90211
(310) 552-4558

| Date | Invoice |
|---|---|
| 3/12/2002 | 1155 |

| Bill To |
|---|
| Techmark<br>Thomas G. Blomberg, Esq.<br>55 South Market Street<br>Suite 1630<br>San Jose, Ca. 95113 |

| Terms | Job # |
|---|---|
| Net 30 | 220202KP |

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| Transcript for Deposition of Jeffrey Kinrich taken on February 22, 2002 in the case of Nissan Motor Co., Ltd. vs. Nissan Computer Corporation; Case No. CV 99-12980 DDP (McX) | 140 | 5.50 | 770.00 |
| Exhibits (one full set) | 1,066 | 0.65 | 692.90 |
| Exhibits (originals sent back to Daniel Beck) doc prod | 608 | 0.65 | 395.20 |
| Videographer (4 hours) | | 375.00 | 375.00 |
| VHS Tapes | 2 | 15.00 | 30.00 |
| Videographer Parking | | 24.00 | 24.00 |
| Court Reporter Parking | | 24.00 | 24.00 |
| Delivery | | 50.00 | 50.00 |

*Tax I.D. No. 954879611*

| | |
|---|---|
| **Total** | $2,361.10 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $2,361.10 |

06/11/2002 23:38 3105524751 KRAMER CRT REPORTING PAGE 01

PAYABLES: ✓

CLARK REPORTING
2161 SHATTUCK AVENUE STE. 201
WWW.CLARKDEPOS.COM
BERKELEY, CA 94704
(510) 486-0700

THOMAS BLOMBERG
55 S. MARKET 16TH FL.
SAN JOSE, CA 95113

Inv. date 04/17/2002
Inv. No. 200506
Client 1292
Job No.

Re: NISSAN MOTOR V NISSAN COMPUTER STATEMENT ON THE RECORD
Assignment Date: March 28, 2002

| | | | | |
|---|---|---|---|---|
| Delivery/Handling/Package | 0.5 | @ | 10.00 | 5.00 |
| STATEMENT ON THE RECORD | 1.0 | @ | 125.00 | 125.00 |
| | | | | ========== |
| | | | Total Amount $ | 130.00 |
| Interest At A Rate Of 1.50% After 30 Days $ | | | | 0.00 |
| | | | Less Paid To Date $ | 0.00 |
| | | | Total due $ | 130.00 |

PAID ALREADY? PLS. FAX PROOF OF PYMT TO 510.486.1078 THANKS

NO SHOW
WLM ESTY Co.

Please Make Checks Payable To:
CLARK REPORTING
Federal Tax Id#: 94-3238205

PAYABLES: ✓

**Kramer Court Reporting Service**
137 S. Robertson Boulevard, Suite 255
Beverly Hills, CA 90211
(310) 552-4558

| Date | Invoice |
|---|---|
| 4/30/2002 | 1176 |

**Bill To**
Techmark
Thomas G. Blomberg, Esq.
55 South Market Street
Suite 1630
San Jose, Ca. 95113

| Terms | Job # |
|---|---|
| Net 30 | |

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| Confidential transcript for the deposition of Mark Perry taken on April 10, 2002 in the case of Nissan Motor Co., Ltd. vs. Nissan Computer Corporation; Case No. CV 99-12980 DDP (McX) | 203 | 5.50 | 1,116.50 |
| Exhibits | 84 | 0.65 | 54.60 |
| Parking (Court reporter) | | 25.00 | 25.00 |
| Delivery | | 35.00 | 35.00 |
| Videotaped deposition (2-hour minimum) | | 225.00 | 225.00 |
| Four additional hours | 4 | 75.00 | 300.00 |
| Parking (Videographer) | | 25.00 | 25.00 |
| Tape stock | 3 | 15.00 | 45.00 |

*Tax I.D. No. 954879611*

| | |
|---|---|
| **Total** | $1,826.10 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $1,826.10 |

# INVOICE

Mark Schweitzer, CSR, RPR
Official Court Reporter
United States District Court
255 East Temple St.
# 181-H
Los Angeles, CA 90012
(213) 626-7570

11-1-02

**TO: TECH MARK**
**ATTN: Neil D. Greenstein, Esq.**
**55 South Market Street**
**Sixteenth Floor**
**San Jose, CA 95113**
**408-280-2228**

Nissan v. Nissan
CV 99-12980-DDP

<u>Transcript</u>
**08-05-02** **61 @ $1.75 = $106.75**

DUE: $106.75

Please remit to:

Mark Schweitzer, CSR
255 East Temple Street
# 181-H
Los Angeles, CA 90012

Tax ID: 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

PAYABLES: ✓

**DEBRA L. POPE**
P.O. BOX 8154
SAN JOSE, CA 95155-8154
(408) 971-2840

✓

TO: **TECHMARK**
55 SOUTH MARKET STREET
SIXTEENTH FLOOR
SAN JOSE, CA 95113

**ATTN: NEIL GREENSTEIN, ESQ.**

Invoice Date: 8/14/02
Invoice No.: P02-04401
Job Ref: DP

FEIN: 77-0137247

JOB DATE: 7/30/02
CASE NO: 99-12980 DPP (mcx)

RE: NISSAN MOTOR CO. vs. NISSAN COMPUTER
U.S. DIST. COURT-CENTRAL DIST. OF CA

DEPOSITION OF E. DEBORAH JAY, P.h.D.:

| | |
|---|---|
| ORIG & 1 COPY | 844.80 |
| CERTIFICATION | 14.00 |
| EXHIBITS | 87.75 |
| DELIVERY | 6.80 |
| | **953.35** |

**INVOICE TOTAL: $953.35**

*MAKE CHECKS PAYABLE TO:*
**DEBRA L. POPE**
PLEASE RETURN INVOICE COPY WITH PAYMENT
THANK YOU FOR YOUR BUSINESS!

**TERMS: NET 30 DAYS**

PAYABLES: ✓

**DEBRA L. POPE**
P.O. BOX 8154
SAN JOSE, CA 95155-8154
(408) 971-2840

TO: **TECHMARK**
55 SOUTH MARKET STREET
SIXTEENTH FLOOR
SAN JOSE, CA 95113

Invoice Date: 8/23/02
Invoice No.: P02-04801
Job Ref: DP

**ATTN: NEIL GREENSTEIN, ESQ.**

FEIN: 77-0137247

JOB DATE: 8/15/02
CASE NO: 99-12980 DPP (mcx)

RE: NISSAN MOTOR CO. vs. NISSAN COMPUTER
U.S. DIST. COURT-CENTRAL DIST. OF CA

DEPOSITION OF PETER SEALEY P.h.D.:

| | |
|---|---|
| ORIG & 1 COPY | 1,019.70 |
| CERTIFICATION | 14.00 |
| EXHIBITS | 83.40 |
| DELIVERY | 6.80 |
| | **1,123.90** |

**INVOICE TOTAL: $1,123.90**

*MAKE CHECKS PAYABLE TO:*
**DEBRA L. POPE**
PLEASE RETURN INVOICE COPY WITH PAYMENT
THANK YOU FOR YOUR BUSINESS!

**TERMS: NET 30 DAYS**

**Kramer Court Reporting Service**
137 S. Robertson Boulevard, Suite 255
Beverly Hills, CA 90211
(310) 552-4558

PAYABLES: ✓

| Date | Invoice |
|---|---|
| 7/22/2002 | 1223 |

**Bill To**

Techmark
Thomas G. Blomberg, Esq.
55 South Market Street
Suite 1630
San Jose, Ca. 95113

| Terms | Job # |
|---|---|
| Net 15 | 230702SS |

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| Original and One copy of the deposition of Bonnie Schwartz taken on July 23, 2002 in the case of Nissan Motor Co., vs. Nissan Computer Corp., Case No. CV-99-12980-DDP(Mcx) | 226 | 5.50 | 1,243.00 |
| Expedited Transcript 6-day turnaround | | 745.80 | 745.80 |
| Delivery/Administrative -Expedite | | 50.00 | 50.00 |
| Videotaoped deposition | | 300.00 | 300.00 |
| Super VHS tape stock | 3 | 15.00 | 45.00 |

Chiat Day depo

*Tax I.D. No. 954879611*

| | |
|---|---|
| **Total** | $2,383.80 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $2,383.80 |

**Kramer Court Reporting Service**
137 S. Robertson Boulevard, Suite 255
Beverly Hills, CA 90211
(310) 552-4558

PAYABLES: ✓

| Date | Invoice |
|---|---|
| 8/10/2002 | 1230 |

**Bill To**

Techmark
Thomas G. Blomberg, Esq.
55 South Market Street
Suite 1630
San Jose, Ca. 95113

✓

| Terms | Job # |
|---|---|
| Net 15 | 310702SC |

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| Original and one copy of the deposition of Gerald L. Ford taken on July 31, 2002 in the case of Nissan Motor vs. Nissan Computer Corporation; Case No. CV 99-12980DDP (Mcx) | 122 | 5.50 | 671.00 |
| Exhibits (Original) | 597 | 0.65 | 388.05 |
| Exhibits (requested by Mr. Fredkin) | 597 | 0.65 | 388.05 |
| 10% courtesy discount on exhibits | | -77.61 | -77.61 |
| Parking | | 12.00 | 12.00 |
| Delivery/Administrative (Overnight delivery) | | 75.00 | 75.00 |

*Tax I.D. No. 954879611*

| | |
|---|---|
| **Total** | $1,456.49 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $1,456.49 |

PAYABLES: ✓

ESQUIRE™ DEPOSITION SERVICES
A HOBART WEST COMPANY

**ESQUIRE DEPOSITION SERVICES -ELA**
**A HOBART WEST COMPANY**
Tax ID # 22-3779684
6222 WILSHIRE BOULEVARD, SECOND FLOOR
LOS ANGELES, CA 90048
(800)640-2461 FAX(323)931-3016

868002 SCOTA01

| INVOICE NUMBER | DATE |
|---|---|
| 110955ELA | 08/13/02 |

To:
TECHMARK
55 SOUTH MARKET STREET
16TH FLOOR
SAN JOSE, CA 95113

ATTN : GREGORY CHARLES

Due Upon Receipt

| | AMOUNT DUE | ENCL. |
|---|---|---|
| YOUR REFERENCE NUMBER: 99-12980 DDP | | |
| CAPTION: NISSAN VS. NISSAN | | |
| SERVICES PROVIDED ON 07/25/02: | | |
| KANE KAORI NAKAMURA | 376.00 | 1CC |
| SHIPPING & ADMINISTRATIVE FEE | 30.00 | |
| LITIGATION SUPPORT PACKAGE | 15.00 | |
| EXHIBITS | 22.80 | |
| BALANCE DUE — TOTAL | 443.80 | Thank You! |

paid by CC 11/20/02 CA

(We accept VISA, MasterCard & American Express cards)

Collection questions
contact us at
(800)640-2461
Fax (323)931-3016

**TERMS: SUBJECT TO LATE FEE IF NOT PAID WITHIN 45 DAYS**
Please detach and send with payment

Remit To:

**ESQUIRE DEPOSITION SERVICES**
2100 NORTH BROADWAY
SECOND FLOOR
SANTA ANA,CA 92706
Tax ID # 22-3779684

JOB: 868002 TOT: $443.80
INVOICE #: 110955ELA
DATE: 08/13/02

TECHMARK
Attn: GREGORY CHARLES
55 SOUTH MARKET STREET
16TH FLOOR
SAN JOSE, CA 95113

ESQUIRE™ DEPOSITION SERVICES
A HOBART WEST COMPANY

LINKING TESTIMONY, TRADITION AND TECHNOLOGY

TechMark

| | | | | |
|---|---|---|---|---|
| Beth Zacarro<br>Outside Svcs:Depositions/NDG | Nissan/November 2001 Reporters | 11/1/2002 | 10235<br>75.00 |

Dean Witter AAA - Chec Nissan 75.00

Product 9209 Use With 9379 Envelope NEBS, INC., TO REORDER: 1-800-225-6380 OR www.nebs.com Printed in U.S.A. H

0035

echMark

Beth Zacarro
Outside Svcs:Depositions/NDG | Nissan/Reporters Transcript | 12/16/2002 | 10278 | 100.00

Dean Witter AAA - Chec Nissan 100.00

TechMark

Beth Zacarro
Outside Svcs:Depositions/NDG | Nissan/Reporters Transcript | 12/16/2002 | 10278 | 100.00

Dean Witter AAA - Chec Nissan 100.00

Product 9209 Use With 9379 Envelope NEBS, INC., TO REORDER: 1-800-225-6380 OR www.nebs.com Printed in U.S.A. H

TechMark

10356

Beth Zacarro 1/3/2003

Outside Svcs:Depositions/NDG Nissan/Reporters Transcript 148.75

12/10/01 transcript - $ 98.75
and
$50 deposit

PAYABLES: ✓

Dean Witter AAA - Chec Nissan 148.75

TechMark

10356

Beth Zacarro 1/3/2003

Outside Svcs:Depositions/NDG Nissan/Reporters Transcript 148.75

Dean Witter AAA - Chec Nissan 148.75

Product 9209 Use With 9379 Envelope NEBS, INC., TO REORDER: 1-800-225-6380 OR www.nebs.com Printed in U.S.A. H

TechMark

PAYABLES: ✓

| | | | |
|---|---|---|---|
| Beth Zacarro<br>Outside Svcs:Depositions/NDG | Nissan/Reporters Transcript | 1/30/2003 | 10373<br>150.00 |

Rptrs Transcripts - 12/15/99 and 10/30/00 ✓

Dean Witter AAA - Chec Nissan 150.00

TechMark

| | | | |
|---|---|---|---|
| Beth Zacarro<br>Outside Svcs:Depositions/NDG | Nissan/Reporters Transcript | 1/30/2003 | 10373<br>150.00 |

Dean Witter AAA - Chec Nissan 150.00

Product 9209 Use With 9379 Envelope NEBS, INC., TO REORDER: 1-800-225-6380 OR www.nebs.com Printed in U.S.A. H

TechMark 10432

Deborah Gackle
Outside Svcs:LitigSupport/NDG

Court Reporter -- Nissan 4/1/2003 8.25

Dean Witter AAA - Chec 8.25

TechMark 10432

Deborah Gackle
Outside Svcs:LitigSupport/NDG

Court Reporter -- Nissan 4/1/2003 8.25

Dean Witter AAA - Chec 8.25

Product 9209 Use With 9379 Envelope NEBS, INC., TO REORDER: 1-800-225-6380 OR www.nebs.com Printed in U.S.A. H

TechMark

PAYABLES:

Lena Villegas
Outside Svcs:Depositions/Nissan:NDG

04/24/2003

10439

45.00

Dean Witter AAA - Chec Court Reporter

45.00

TechMark

Lena Villegas
Outside Svcs:Depositions/Nissan:NDG

04/24/2003

10439

45.00

Dean Witter AAA - Chec Court Reporter

45.00

Product 9209 Use With 9379 Envelope NEBS, INC., TO REORDER: 1 800 225 6380 OR www.nebs.com Printed in U.S.A. H