COPY

AQ 120 (Rev. 2/99)

| | |
|---|---|
| TO: Commissioner of Patents and Trademarks<br>Washington, DC 20231 | **REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK** |

In Compliance with 35 § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been

Filed in the U.S. District Court Central District of California on the following ☐ Patents or ☒ Trademarks:

| DOCKET NO. | DATE FILED | U.S. DISTRICT COURT |
|---|---|---|
| 99-12980 DDP | 12/10/1999 | Central District of California |

| PLAINTIFF | DEFENDANT |
|---|---|
| Nissan Motor Co., LTD and Nissan North America, Inc. | Nissan Computer Corporation, a North Carolina corporation |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1. 686,587 | 10/13/1959 | Nissan Motor Co., LTD |
| 2. 686,796 | 12/15/1959 | Nissan Motor Co., LTD |
| 3. 1,347,230 | 07/09/1985 | Nissan Motor Co., LTD |
| 4. 1,421,618 | 03/12/1993 | Nissan Motor Co., LTD |
| 5. 1,531,246 | 03/21/1989 | Nissan Motor Co., LTD |

* see attached page for additional trademarks

In the above–entitled case, the following patent(s) have been included:

| DATE INCLUDED | INCLUDED BY ☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | |
|---|---|---|
| **PATENT OR TRADEMARK NO.** | **DATE OF PATENT OR TRADEMARK** | **HOLDER OF PATENT OR TRADEMARK** |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

In the above–entitled case, the following decision has been rendered or judgment issued:

| DECISION/JUDGMENT |
|---|
| SEE ATTACHED |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| TERRY NAFISI | Verna Horgan | 2/26/09 |

Copy 1–Upon initiation of action, mail this to Commissioner Copy 3–Upon termination of action, mail this copy to Commissioner
Copy 2–Upon filing document adding patent(s), mail this copy to Commissioner Copy 4–Case file copy

LA\1425655.1

LA\1425767v1

**Nissan Motor Co., LTD, et al. v. Nissan Computer Corp.**

**U.S.D.C. Case No. 99-12980 DDP**

**Attachment "A"**

**to Report on the Filing or Determination of an Action Regarding a Patent or Trademark**

**Trademarks, (Continued from form AQ 120)**

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 6. 1,531,247 | 03/21/1989 | Nissan Motor Co., LTD |
| 7. 2,043,799 | 03/25/1995 | Nissan Motor Co., LTD |
| 8. 2,047,851 | 04/15/1995 | Nissan Motor Co., LTD |
| 9. 2,052,638 | 04/22/1997 | Nissan Motor Co., LTD |
| 10. 2,055,075 | 04/22/1997 | Nissan Motor Co., LTD |
| 11. 2,057,276 | 04/29/1997 | Nissan Motor Co., LTD |
| 12. 2,203,744 | 11/17/1998 | Nissan Motor Co., LTD |

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to this action. My business address is Latham & Watkins LLP, 633 West Fifth Street, Suite 4000, Los Angeles, CA 90071-2007.

On **April 28, 2005**, I served the following document described as:

**REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK**

by serving a true copy of the above-described document in the following manner:

**BY U.S. MAIL**

I caused a sealed envelope or package containing the document(s) to be placed in a post office, mailbox, sub-post office, substation, mail chute, or other like facility regularly maintained by the United States Postal Service for receipt of U.S. Mail, with U.S. Mail postage paid, addressed to:

Neil D. Greenstein, Esq.
1917 Palomar Oaks Way, Suite 300
Carlsbad, CA 92008

Bruce Fertel, Esq.
Law Offices of Fertel & Associates
17828 Margate Street - Suite 203
Encino, CA 91316

I declare that I am employed in the office of a member of the Bar of, or permitted to practice before, this Court at whose direction the service was made and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **April 28, 2005**, at Los Angeles, California.

Eileen M. Longo

JS - 6

O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NISSAN MOTOR CO., LTD., a Japanese corporation; NISSAN NORTH AMERICA, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NISSAN COMPUTER CORPORATION, a North Carolina corporation; THE INTERNET CENTER, INC.,<br><br>Defendants. | Case No. CV 99-12980 DDP (Mcx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

This Court originally granted a preliminary injunction to Nissan Motor in this action. This Court has granted summary judgment for Nissan Computer on Nissan Motor's Anti-Cybersquatting Consumer Protection Act ("ACPA") claim. This Court has granted summary judgment for Nissan Motor on its trademark infringement and false designation claims, finding that Nissan Computer infringed Nissan Motor's trademark for the 8-10 weeks that Nissan Computer had posted automobile-related advertising, but that it did not

infringe the trademark for its other non-automobile-related advertising on the site. Pursuant to its Findings of Fact and Conclusions of Law of September 21, 2007, this Court held that Nissan Computer did not engage in trademark dilution and that Nissan Motor was not entitled to a permanent injunction in this action. The Court then found that there was no prevailing party in this action since both parties prevailed in some respect on their claims or defenses. Finally, the Court determined that Nissan Motor was not entitled to attorneys' fees and that Nissan Computer was entitled to costs under Federal Rule of Civil Procedure 68.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. Neither party is the prevailing party in this action.
2. Nissan Motor is not entitled to attorneys' fees.
3. Nissan Computer is entitled to costs incurred after the time of its Rule 68 offer of judgment.

The Court ORDERS that such judgment be entered.

IT IS SO ORDERED.

Dated: February 5, 2008

DEAN D. PREGERSON
United States District Judge